# Exhibit A



The Sophisticated
MARKETER'S
Guide to
Linked in

NEW FOR
2017

LIMITED EDITION

# Table of Contents

A NOTE TO THE SOPHISTICATED MARKETER 1

WHY SHOULD YOU READ THIS GUIDE? 2

**CHAPTER 1:** WHY DOES YOUR BUSINESS NEED LINKEDIN? 3–4

**CHAPTER 2:** MARKET TO WHO MATTERS 5–8

**CHAPTER 3:** OPTIMIZING YOUR PROFILE 9–10

**CHAPTER 4:** EXPAND YOUR NETWORK OF INFLUENCERS 11–14

**CHAPTER 5:** DISCOVER PROFESSIONAL NEWS AND PERSPECTIVES 15–17

**CHAPTER 6:** BUILD YOUR BRAND AND COMPANY PRESENCE ORGANICALLY 18–24

**CHAPTER 7:** EXPAND YOUR TARGETED REACH 25–37

**CHAPTER 8:** MEASURE THE IMPACT AND OPTIMIZE 38–41

**CHAPTER 9:** UNLOCK THE POWER OF LINKEDIN'S PARTNER PROGRAM 42–43

25 SOCIAL MEDIA EXPERTS YOU NEED TO KNOW 44–45



# A Note to the
# Sophisticated Marketer



What is a Sophisticated Marketer? It's someone who understands the fundamental, unchanging principles of marketing but has absolute confidence applying those principles to new techniques and platforms.

The Sophisticated Marketer is hungry to try new things and learn new skills — but equally committed to testing effectiveness, optimizing around what works, and demanding robust data and ROI. They recognize social media and content marketing as threads that run throughout their integrated marketing strategies —

fundamental to the task of building a brand and growing a business. They craft hybrid strategies for achieving their goals, grasping the opportunity to learn new skills along the way.

They have fun — and LinkedIn is their playground.

Research released by the Content Marketing Institute (CMI) at the start of 2017 shows more content marketers finding success on LinkedIn than on any other social platform. That's because LinkedIn is the natural environment for a Sophisticated Marketer. As the world's largest professional content platform it embodies the potential of social and content combined — but it can do a lot more besides.

On LinkedIn, you can target audiences with precision, delivering innovative display ads and mail messages with guaranteed deliverability and exceptional response rates. You can tailor content to your

different audiences, test different creative approaches, keep experimenting creatively, and drive ROI by doubling down on what works. You can mix organic and paid activity, build influencer brands across your business, dovetail more effectively with sales, and keep exploring new ways to grow.

We've updated this Guide for 2017, with all of the latest LinkedIn features, tips and tactics to help Sophisticated Marketers like you get more from our platform. It's both an instruction manual and a strategic guide — a one-stop shop to the vast opportunities for increasing awareness, influencing perception, driving high-quality leads, and growing revenue.

Let's get started, shall we?

**Jason Miller**
**Group Manager, Content Marketing**
**LinkedIn Marketing Solutions**





# Why Should You
# Read This Guide?

LinkedIn has products that impact every stage of the purchase process. The goal of this guide is to provide the absolute best, most up-to-date, definitive guide for marketers to learn how to market to who matters on LinkedIn as part of their integrated approach to marketing.

This guide is a labor of love for us here at LinkedIn. We created it to be a one-stop shop for everything you need to know about getting the most value out of LinkedIn for yourself and your company. It's not just an instruction manual, but a strategic guide with lots of input from top thought leaders and LinkedIn marketing experts, combined with the expertise of the LinkedIn Marketing Solutions team.

And it's all about how to truly tap into the potential and power of social media marketing. That's because social media marketing is no longer a nice-to-have. It's a necessary part of a successful integrated marketing approach for driving awareness, leads and ultimately revenue.

We call this "The Sophisticated Marketer's Guide" because we feel it's time to take social media marketing to the next level, moving beyond theory to enlightened practice. It's time to get real results with your social marketing, and this guide will help.



**CHAPTER 1**

# Why Does Your Business Need LinkedIn?

These days in the business world, relationships matter more than ever. People tune out irrelevant or promotional messages. But they do want to engage with companies that focus on sharing useful and relevant information and content. The companies that inform and engage aren't just selling — they're building relationships.

LinkedIn is where, by far, the largest number of professionals gather to stay connected and informed, advance their careers, and work smarter. More than 467 million professionals are on LinkedIn. These are the decision makers, influencers, and leaders of today and tomorrow — the people you want to target, all in one place.

On LinkedIn, we have:

- 61 million senior-level influencers
- 40 million decision makers
- 10.7 million opinion leaders
- 6.8 million C-level execs
- 3 million MBA graduates

Professionals are not just coming to LinkedIn in huge numbers; they're engaging with a huge purpose. They're coming specifically to connect to networks, brands and opportunities by engaging with high-quality content across the LinkedIn platform. This is a very different mindset and intent from other social media platforms; we're driven by our members' professional aspirations.

The world's professionals come to LinkedIn for:

- Industry news
- Expert advice
- Career training
- Peer insights and recommendations
- Content published by LinkedIn's 500+ Influencers

## The World's Professionals Come to LinkedIn for Knowledge

There are 2 million publishers posting fresh content on LinkedIn — along with peer posts in the Feed, long-form content, LinkedIn Groups and 7 million brand-managed company pages. LinkedIn is the definitive professional publishing platform, where our members come to learn, share and get inspired.



THE WORLD'S LARGEST PROFESSIONAL NETWORK

*(in millions of members)*

| Quarter | Members |
| --- | --- |
| Q1 2013 | 218 |
| Q2 2013 | 238 |
| Q3 2013 | 259 |
| Q4 2013 | 277 |
| Q1 2014 | 296 |
| Q2 2014 | 313 |
| Q3 2014 | 332 |
| Q4 2014 | 341 |
| Q1 2015 | 350 |
| Q2 2015 | 380 |
| Q3 2015 | 396 |
| Q4 2015 | 413 |
| Q1 2016 | 430 |
| Q2 2016 | 450 |
| Q3 2016 | 467 |

Source: "LinkedIn Announces First Quarter 2016 Results," LinkedIn, 2016



# CHAPTER 1

LinkedIn is a platform enabling sophisticated marketers to forge relationships with these professionals. In fact, this is the first time in the history of media you can engage with the world's professionals in one place. It's no wonder LinkedIn has quickly become the go-to content publishing platform for marketers.

Why are the world's professionals now gathering in this one place, on LinkedIn? Because the people you're looking to market to are just like you and me. We're all searching for the right destinations to find the best information, and there are actually fewer places where we're gathering in large numbers.

With LinkedIn, you're reaching a **quality audience** in a **professional context.** And, you can engage them in a very meaningful way: by **sharing valuable content** with products tailored to how professionals engage. By doing so, you become part of your audience's conversations and education on the platform.

All it takes is a sophisticated marketer who seizes the opportunity to engage them.

What do we mean by a sophisticated marketer? The idea of being a sophisticated marketer comes from the transition of social media marketing from pure theory to effective use. But marketers can't just "do" social. Now they need to produce results and actionable insights in order to prove the value of their efforts. Fortunately, we are no longer forced to take a spray-and-pray approach to getting our messages heard in the noisy world of social.

The technology is in place that allows us to adopt a much more refined approach — *sophisticated* if you will — to social media marketing, using the world's largest professional network.

Sources: "B2B Marketing 2016 Benchmarks, Budgets, and Trends — North America," Content Marketing Institute/ Marketing Profs. Webbiquity, 2013. "LinkedIn for B2B Lead generation" infographic, Oktopost as shared by business2community.com, 2014.

## LINKEDIN BY THE NUMBERS

### LINKEDIN IS THE #1 CHANNEL TO DISTRIBUTE CONTENT
B2B marketers who use various social media sites to distribute content:

- in 94%
- Twitter 89%
- Facebook 77%
- YouTube 77%
- G+ 61%

### LINKEDIN DRIVES MORE TRAFFIC TO B2B BLOGS & SITES
90% of social traffic was driven by the big three networks, with half of it coming from LinkedIn.

### LINKEDIN CONSIDERED MOST EFFECTIVE FOR B2B LEAD GEN
80% of social media B2B leads come from LinkedIn.

- in 80.33%
- Twitter 12.73%
- Facebook 6.73%
- G+ 0.21%

### EXECUTIVES RATE LINKEDIN HIGH ON VALUE GAINED FROM THEIR SOCIAL MARKETING INITIATIVES
LinkedIn is the number one choice for professionally relevant content.

- LinkedIn 91%
- Online News Sites 64%
- Twitter 29%
- Facebook 27%
- Google+ 16%



CHAPTER 2

# Market to Who Matters:
# Achieve Your Marketing Goals

As a sophisticated marketer, grasp the reality of today's purchase process: Buyers are up to 90% through the purchase process before they make direct contact with your sales team. That means the onus is on you to attract and engage these buyers by delivering content that helps them narrow down their options.

That's where the Linked platform delivers value, by:

### 1. TARGETING
Creating awareness of your brand and products early in the purchase process

### 2. ENGAGING
Positioning your brand as a thought leader and engaging audiences more deeply with content as they're forming perceptions and decisions

### 3. OPTIMIZING
Driving the right audiences to take action, helping you generate quality leads and new business

### GET TO THE RIGHT PROFESSIONAL AUDIENCE
With your specific end goal now in mind, our targeting is the core of what enables your success on LinkedIn. The authentic member-generated, first party data on LinkedIn is more accurate and highly differentiated in the market noise of audience data. We make it easy for you to segment and reach your audience by offering:

- **RICH DEMOGRAPHIC DATA**
  Job Function, Seniority, Company Name, Geo, Industry
- **INTEREST-BASED TARGETING**
  Group Membership, Skills, Field of Study
- **PERSONA TARGETING**
  Job Searchers, Opinion Leaders, Mass Affluent, Business Travelers
- **YOUR OWN AUDIENCE DATA**
  Target Account Lists, External Data Integrations

### ENGAGE YOUR AUDIENCE WITH CONTENT
Based on your goals and the metrics you'll use to grade the success of your programs — and given how members engage on the platform — you can take advantage of a mix of organic content and paid advertising opportunities.

---

Our innovative products help marketers navigate the complex B2B buying process, where multiple touchpoints influence every sale.

---

"LinkedIn is the only platform that the majority of B2B marketers consider to be effective."

— *"Content Marketing Research Report," Content Marketing Institute, 2016*

---



**CHAPTER 2**

# 8 WAYS TO TAP INTO THE POWER OF LINKEDIN

Here are strategic marketing opportunities to better reach and nurture prospective buyers. We'll explore these in greater detail in Chapter 6 and Chapter 7:

## ORGANIC

You can build your brand and content presence through:

### 1. YOUR COMPANY PAGE

Company Pages have evolved from a nice-to-have to a need-to-have. Through a Company Page, you can market your business to the LinkedIn community, telling your company's story and giving customers and prospects a place to learn about your business, your employees, and your brand.

### 2. SHOWCASE PAGES

By using Showcase Pages to create dedicated pages for your more prominent brands, businesses, and initiatives, you can extend your LinkedIn presence.

### 3. LONG-FORM POSTS

Using an intuitive blogging tool that seamlessly integrates with your profile on LinkedIn, you can publish new and previously published content on LinkedIn to quickly grow your audience and network.

### 4. CONTENT UPLOADED TO SLIDESHARE

SlideShare is not just a repository for your slide presentations. It's a social channel where you can establish your brand as a thought leader and authority around topics and keywords.





**CHAPTER 2**

# 8 WAYS TO TAP INTO THE POWER OF LINKEDIN

### PAID

As you start building your organic presence, in parallel, you can begin investing in a range of paid opportunities to reach the right people on LinkedIn and engage them at scale on mobile and desktop:

- In the LinkedIn Feed and beyond (Sponsored Content)
- In the LinkedIn Inbox (Sponsored InMail)
- Early in the purchase process
- Through other native ad formats (Dynamic Ads)



Extend the quality traffic of LinkedIn professionals to your own branded sites. Embedding calls-to-action in your creative on LinkedIn ensures the flow of influential, affluent and educated professionals to your own online properties.

### 5. LINKEDIN SPONSORED CONTENT

Delivering your content directly into the LinkedIn feed, this allows you to capture people's attention where they're most engaged: while consuming information shared with them by their professional network. Sponsored Content is foundational and arguably LinkedIn's most versatile product; you can design your program to serve branding and awareness objectives, along with direct response and lead-generation goals.

### 6. LINKEDIN SPONSORED INMAIL

The most direct way to engage your prospects on LinkedIn, this is a game-changer in terms of taking email marketing effectiveness to the next level and driving tangible metrics including leads, cost-per-lead, and pipeline. You do that by delivering targeted, personalized messages and content right into prospective customers' LinkedIn inboxes.

### 7. LINKEDIN TEXT ADS

These are a powerful way to make sure you get on the radar early and build your brand with the right audiences — in the premium context of the world's largest professional network.

### 8. LINKEDIN DYNAMIC ADS

Dynamic Ads (e.g., Follow Company, Spotlight) empower you to accurately target your audience with highly relevant and customizable creative on LinkedIn.com. Because this dynamically generated ad format leverages information from LinkedIn member profiles, it is highly engaging and very effective at driving traffic to your website or Company Page.



**CHAPTER 2**

# Ask the Expert:
# Brian Clark





**Founder and CEO of
Copyblogger Media**

**LI: Do you regularly check your feed? If so, how do you use it?**

BC: I've just started following the Marketing Strategies category within my feed and it's a treasure-trove of content all in one place. This has become a great resource not only for staying up-to-date on the latest ideas from others, but it also fuels our own content-sharing on other social networks.

**LI: What's your best advice for writing a compelling Company Page update?**

BC: Tell a story. And more importantly, relate that story back to your ideal prospect's problems or desires. Even if the story focuses on the founding, evolution or growth of your company, make sure people understand that all of those great things happened because of the value you provide your audience, customers, and clients.

**LI: How can a business best take advantage of LinkedIn for lead generation?**

BC: LinkedIn, unlike Facebook and Twitter, is all about business. The mindset and intent are naturally more receptive to solving business problems than the kind of socializing and sharing that happens elsewhere.

That said, you still have to lead with value to generate qualified leads. LinkedIn's focus on content marketing has primed the

audience to expect information and insight first, and then a call to action that takes the relationship to the next level. For those who have been doing content marketing from their own sites for years, LinkedIn becomes an essential outpost for that content, mixed with in-person engagement.

**LI: Where do you see LinkedIn in 5 years?**

BC: LinkedIn appears to be all in on becoming a true media company. I've heard some grumblings from early LinkedIn fans that the company and site are losing the singular focus it started with, but I see it differently. A business education hub of the sort LinkedIn is building can only increase the value of the ecosystem.

**LI: What's something that's not in your LinkedIn profile?**

BC: I've made no mention of the fact that I used to practice law in my LinkedIn profile. Some people may still hold that against me.





# CHAPTER 3

# Optimizing
# Your Profile

**Every day, we see millions of professionals find others and get found through LinkedIn search.**

Whether someone is searching for people, jobs, companies, or groups, we provide the most relevant results based on your professional identity, your network, and how the people in your network engage with LinkedIn. Plus, one of the first steps many members take when receiving content from a company or another member is clicking through to the personal profile or Company Page to learn about the sender. That's why it's critical for you and your company to maintain complete and optimized profiles.

### HOW YOU CAN BENEFIT FROM AN OPTIMIZED PROFILE

As a marketer, you can use LinkedIn for networking and to further your profession. After all, these days, very few people end up working for a single company their entire career. So whether you're actively seeking a new position or maximizing the job you are already in, it's wise to make sure your profile is set up for maximum exposure and engagement. In addition, adding rich media content — such as SlideShare presentations, videos, and infographics to your profile — is a fantastic way to showcase visual assets to profile visitors.

### HOW YOUR COMPANY CAN BENEFIT FROM AN OPTIMIZED PROFILE

It goes without saying that your company and all of its employees should optimize their LinkedIn profiles. After all, an optimized profile can boost the visibility of your company and its content in the search results — both on and off the network. That's because search engines like Google scour pages and URLs for keywords, and LinkedIn profiles offer many opportunities to embed keywords, such as within the LinkedIn URL, other URLs you list within your profile, job titles and descriptions, and content links you include. So if your company and its employees have optimized their profiles, you could very well gain an advantage when prospective customers are searching for companies, products and services like yours.

This infographic highlights all the opportunities for getting the most from your profile.



**Linked**in.

**CHAPTER 3**

# Ask the Expert:
# Shane Atchison



**CEO of POSSIBLE**

**LI: What factors are most important to you when considering advertising channels for your clients?**

SA: Our top ones include audience concentration and relevance, segmentation and targeting functionality, and the ability to extend or amplify channel content across other owned and earned properties. We also leverage our social listening and marketing sciences technologies to identify opportunities for the brand within each channel and with each audience.

**LI: What types of clients should be leveraging LinkedIn more than they currently are?**

SA: I think that clients with investments in content are missing a massive opportunity to leverage their LinkedIn presence. They could use LinkedIn in combination with their owned properties to precisely target, share, and then realize return on their content investments. But for this, they need a comprehensive strategy that integrates the LinkedIn platform, their content and their CRM efforts.

**LI: What is the risk of a client not having a company presence on LinkedIn?**

SA: The biggest risk, especially for B2B, is a loss of discoverability. LinkedIn is becoming the de facto starting point when searching for partners and evaluating solutions. A thoughtful LinkedIn presence is not only a great opportunity to increase your visibility as an individual. Corporations can also use it to turn both their workforce and followers into brand ambassadors.

**LI: How are your clients' marketing objectives different on LinkedIn compared to other social networks? How does that impact your clients' content strategy?**

SA: Most social networks only serve opportunities at the top of the funnel and provide limited ways to engage. You can tailor the LinkedIn platform to each client's marketing objectives and use it as part of a larger content strategy. The platform makes it easier for brands to serve audiences with content tailored to the individual — both in terms of depth and timing. This makes content smarter and relevant at scale. As a result, it can drive engagement lifecycles rather than one-off opportunities.

**LI: How do you compare the audience-targeting capability of LinkedIn with other social networks?**

SA: There are three major ways LinkedIn data is better for targeting: Recency, authenticity, and standardization of data. Recency means that people tend to keep their LinkedIn profiles up to date — something they rarely do on other networks. Authenticity means that they are who they say they are. You can't put a fake job title up on LinkedIn. And the standardization of user-generated data makes it easier to analyze and integrate the platform into your content strategy.

**LI: How are marketers getting it wrong with LinkedIn?**

SA: They think of it simply as a hiring, prospecting, or one-dimensional advertising platform. It's actually a versatile content platform with precise data that can be integrated into a variety of programs on and off the site. For example, B2C brands often miss the opportunity LinkedIn provides to enhance or expand distribution networks or channel partner communication plans. They also miss the opportunity to build programs around LinkedIn that leverage content to drive engagement lifecycles and stimulate organic community-building. The platform's capabilities in this area are unmatched and underutilized.



**CHAPTER 4**

# Expand Your Network
## of Influencers



In late 2012, we made it possible for any LinkedIn member to follow an exclusive group of Influencers on LinkedIn. From C-level executives and entrepreneurs to world leaders and philanthropists, these Influencers contribute unique business insights and spark thought-provoking discussions on a range of issues. Displayed via the LinkedIn feed, the Influencers program is a source of truly original content. But more importantly, it's meant to inspire, inform, and make you a better marketer.

The Influencer program numbers 500 of the most influential thought leaders. Posts that our Influencers write on LinkedIn garner on average more than 25K page views, more than 300 likes, and 100 comments. And you can directly engage with any of these Influencers, either by "Liking" a post or jumping into a conversation about a post. Moreover, through threaded comments, you can reply to a post by an Influencer to start conversations and debates with others who are reading that post. You can mention other people to draw them into a discussion, and get notified when your comment has received a response.

"It thrills me to see LinkedIn gaining ground as an interesting place to hang out. I've long held that LinkedIn is the dark horse of the social media platforms — or, at least, it's the workhorse of the bunch.

If Twitter is where you go to meet people you don't know and Facebook is where you go to talk with people you already know, then LinkedIn is where all of you can meet up to get stuff done together."

*— Ann Handley, Author of* Content Rules*, Chief Content Officer at Marketing Profs*





## CHAPTER 4

### Follow Influencers Without Being Connected to Them

In addition to joining in rich conversations, you will see which Influencers and topics are driving the most interest — perhaps sparking an idea of your own for a post or content asset. Plus the ability for LinkedIn members to like and share Influencer content lets you quickly find out what the people in your network are reading and reacting to, helping you unearth new ideas. Want to broaden your horizons? Take advantage of discovery modules within LinkedIn to help you find more relevant content based on the people you're following and the posts you're reading.



### CONSIDER THESE EXAMPLES

## 6,000,000+
### FOLLOWERS



Bill Gates is an Influencer with over **6,836,041** followers. One of his posts garnered over **1.9M** views, more than **11K** thumbs up, and over **4000** comments.

## 188,000+
### FOLLOWERS



Joe Pulizzi, a speaker, entrepreneur, author, and founder of Content Marketing Institute, has over **188,000** LinkedIn followers. One of his posts pulled in **138K** views, **800** thumbs up, and over **200** comments. It's easy to be part of such a rich discussion!

The average Influencer post garners nearly

## 30,000
### VIEWS



**22%** are entry-level professionals.



**49%** of Influencer followers are director-level and above.






**CHAPTER 4**

# Ask the Expert:
# Viveka Von Rosen



**LinkedIn Expert & Author:
"LinkedIn Marketing: An Hour a Day,"
International Keynote Speaker,
Forbes Top 20 Most Influential**

**LI: What type of content best connects with audiences on LinkedIn? Is there a specific type of content you prefer to consume on LinkedIn?**

VR: That's kind of an apples or oranges type of question, when it comes to LinkedIn. I'm a fruit salad gal myself!

LinkedIn Influencers and the LinkedIn Feed: First of all, LinkedIn truly understands the importance of good content. Right now it's the only social media site to have its own blogging platform fueled by the world's thought leaders (LinkedIn Influencers). These people, most of them household names (best-selling authors, Fortune 500 CEOs, heads of state) create content specifically for LinkedIn. You can follow not only these Influencers, but also channels of content.

I think the LinkedIn feed is a great place to find relevant business content to share not only on LinkedIn, but other social sites as well. When a client needs a good business article to post to their Facebook page or Twitter, I can often find something relevant via my trending topics — quickly and easily. So my LinkedIn feed gets more of my attention than any other RSS feed or news aggregator I use.

LinkedIn Update Mentions: As long as you are connected to a person or following a company, you can share their content and mention them in an update.

I wish I had the time to check on my homepage every hour and read all the updates from every one of my 29K+ connections, but I don't. (And to be honest, I wouldn't want to!) Chances are, you don't either. So I rely on LinkedIn Status Update mentions and LinkedIn's new(ish) Notifications tab to see what people are saying about me, what content of mine they are sharing and their comments on my updates. So while I don't listen to ALL updates, I listen to the ones that involve me in some way.

**GROUP CONTENT**
For (soft) market research, consider LinkedIn Groups. Groups are full of like-minded, targeted audiences. Ask questions. Ask for help. Occasionally share an article you like. I love the content and interaction on some of my Groups, and I know I can always go there to get quick answers to my questions and find out the latest and greatest in the sales world.

It just takes some time to find these good groups. I recommend asking your network what groups they like and why. (For instance, I am a raving fan of Jill Konrath's Group, Fresh Sales Strategies, because it always offers fabulous ingestible content).

**LI: How do you make sure personal time spent on LinkedIn is productive? How does this differ from other social networks?**

VR: LinkedIn is probably less likely than some of the other social sites to suck you into the rabbit hole of singing cats and surfing dog videos. But messages, updates, and Groups can certainly suck you in. It's usually all good stuff and relevant to your business which means you might even spend more time there since it's "allowed." I recommend scheduling your LinkedIn (and other "social") time to make sure you have a start and stop time. I also suggest you create a checklist that covers everything you need to do on LinkedIn (monthly, weekly, and daily).

**LI: How are marketers getting it wrong with LinkedIn?**

VR: Basically marketers do these three things wrong:

- Selling too much
- Not making use of the tools
- Not realizing its potential

**SELLING**
I always tell people you will never sell your *stuff* on LinkedIn. The likelihood of someone seeing an update you have posted on how you sell the best gadget and then buying



**CHAPTER 4**

# Ask the Expert:
# Viveka Von Rosen



it is unlikely. LinkedIn is about creating relationships with people. Once you have established a connection and are moving from the "know" each other to the "like and trust" each other level of engagement — only then do you have a good chance of sharing your products and services with someone likely to purchase them. But these relationships take effort and nurturing. Establishing that sense of "like and trust" might seem like a lot of work, but the payoff can be monumental. Getting people to buy from you on LinkedIn means a time investment, but to me it is well worth it.

### TOOLS
LinkedIn has so many cool little tools. My favorite is their "Sharing Bookmarklet." To find the Sharing Bookmarklet, you just come down to the "Tools" link and then on the right hand side click on the tab that says "Sharing Bookmarklet." Drag the Bookmarklet button up to your browser bar. Then no matter what web page you're on, all you have to do is click on the 'share on LinkedIn' link and you can easily share that page.

Not all websites are LinkedIn-centric. So if you find a website, blog post, or article that doesn't have the LinkedIn share button, you can still share it by clicking on the "Share on

LinkedIn" button. You can post the page as an update or as a tweet. You can post it to your Groups by clicking the Group option, then typing in the name of the LinkedIn Groups you wish to share the post with. You can even send it to an individual.

This is a very quick and easy way to post helpful, useful, and interesting content with your network. These updates will show up on your connection's homepage as well as in your profile under "Activity."

### POTENTIAL
Hopefully some of the things I have mentioned will open a few eyes to the potential of LinkedIn. There is just so much you can do with it. It is a completely under-utilized tool from Groups to Company Pages and beyond. But I guess that's why I have a job! If you have questions about how it can help with prospecting, lead gen, relationship building, and top of mind awareness, please feel free to reach out to me!

www.LinkedIn.com/in/LinkedInexpert



**CHAPTER 5**

# Keep up with what matters

With all the news websites, blogs and newsletters out there, staying in the know can be time consuming.

In fact, like most marketers, you probably find it's increasingly difficult to figure out what matters most when reading news across multiple sources. Millions of professionals invest their time on LinkedIn, staying on top of industry news with the homepage feed.

Your LinkedIn Feed is designed to help you discover and discuss news and ideas to help you stay well-informed so that you can be more successful every day. It is personalized for you based on your profile and relationships in order to surface topics you care about from people who matter in your professional world.



### Discover New Professional Content

We've not only improved the overall search functionality with faster auto-complete suggestions, but we've also made it easier for you to find "What's New" across timely world events and what's trending among professionals like you worldwide.




**Linked**in

## CHAPTER 5

### CUSTOMIZE YOUR LINKEDIN FEED TO SEE THE NEWS AND CONTENT YOU CARE ABOUT

On the LinkedIn mobile app, you can tailor the content in your feed by tapping on the control icon on the top right corner of any update and going to "Improve my feed." From here you can discover new industry leaders, publications, and companies to follow, and we'll automatically deliver news and updates that you want to see. This feature is coming soon to desktop, but any updates you make on mobile will be reflected in your feed, no matter where you access it.

### NEVER MISS AN INTERESTING ARTICLE AGAIN WITH "SAVE FOR LATER"

As you scroll through your LinkedIn feed, you'll notice that on the bottom right of every article, there is now a bookmark icon that allows you to save that article for later. We know you're always on the move — running between meetings, waiting in line for coffee — and sometimes you just don't have time to delve into an interesting but lengthy article right then and there.

Just tap the "Save for Later" icon to ensure you'll never miss content that matters because you forget to revisit it later. Everything you want to read will be neatly stored away, under the "Me" tab, with a single tap under saved articles for viewing when you actually have the time to read.

### USE SEARCH TO EXPLORE TOPICS YOU CARE ABOUT

Type a topic into the search bar at the top of your feed and then use the "Posts" filter get the latest conversations, ideas, and diverse perspectives of your peers and other industry experts all in one place.

### TAP INTO HASHTAGS

Hashtags included in posts are now tappable and lead to search results so that you can discover other posts with the same hashtag. Simply add a hashtag to your post and it will be automatically available publicly, or if you want it to be only visible to your connections you can easily change your sharing settings (more on privacy below). As you would expect, you can also search for a hashtag to see all public posts tagged with it.











**CHAPTER 5**

# Ask the Expert:
# Lee Odden



**CEO @TopRank Online Marketing,
Author: "Optimize,"
Public Speaker: Integrated Search,
Social, & Content Marketing**

**LI: Do you regularly check your LinkedIn feed? If so, how do you use it?**

**LO:** I check LinkedIn daily, follow a number of thought leaders and also look for news stories my network is engaging with. The feed offers content that I can interact with through liking, commenting, sharing on LinkedIn or curating to our broader community.

**LI: What's your best advice for writing a compelling Company Page update?**

**LO:** This might seem like a cart and horse situation, but it's important to have an audience. Updating a Company Page to 2 followers vs. 200 just isn't the same. As with any other publishing platform, think of who your network is and what they're interested in. What do they expect? Giving people what they want in the form of useful content, tips, and information about changes at your company is a great way to attract more followers and better engage those you already have.

From a writing standpoint, write snappy, compelling titles. Check ubersuggest.io for popular keywords, and consider using specific phrases in the title and description — but only if they make sense and add value to the message. You can attract more followers to your LinkedIn Company Page through search on LinkedIn as well as organic search.

**LI: How can a business take advantage of LinkedIn as part of a content marketing strategy?**

**LO:** Content participation on any social network or web platform should be informed by a company's business and content marketing strategies. Are customers there, and what are they doing? What are they interested in? What opportunities are there for the brand to be valuable to those prospective customers?

For most companies that sell into the business market, participating on LinkedIn should be a no-brainer. The specific way LinkedIn is used depends on the company, industry, and product mix. It also depends on what kinds of opportunities there are to be "the best answer" on LinkedIn for the things customers are interested in.

**AT A MINIMUM:**

- Ensure executive LinkedIn profiles are filled out and optimized.
- Make sure the Company Page is robust.
- Curate useful news as status updates and on the Company Page.
- Use LinkedIn as a follow up after meeting people online and especially at offline events where business cards are exchanged.

Beyond that, LinkedIn's social network platform provides many opportunities to engage with prospects, support individual and brand thought leadership, and connect with other groups like industry media and prospective employees. Whether it's targeted advertising or curating a mix of industry and company news on the brand page, companies that want to attract and engage other businesses need to be on LinkedIn.





**CHAPTER 6**

# Build Your Brand and Company Presence Organically:
# Content Marketing on LinkedIn

By delivering relevant content, you can organically build your brand and company presence and your relationships with targets. LinkedIn provides the following solutions for delivering relevant content to our members:

- Your LinkedIn Company Page
- Showcase Pages for product or thought leadership content
- Publish long-form posts
- SlideShare

Company Pages are where you can catch the eye of prospective customers by featuring thought leadership content or anything else that would be relevant to your target audience, including links to your latest and greatest whitepapers, e-books, case studies and how-to content. By delivering useful and engaging content, you'll foster engagement and help your message spread faster.

And remember: Integration with common social media management vendors — including Adobe, Hootsuite™, Percolate, Salesforce, Shoutlet, Spredfast, and Sprinklr — makes it easier for you to manage your Company Page.



## Mobilize Your Employees to Amplify Your Message

Best-in-class companies encourage their own employees to share content on LinkedIn with their networks, significantly increasing content reach. This is especially powerful for companies whose sales reps are connected to the right decision makers.

### LINKEDIN: A KEY PLATFORM FOR B2B CONTENT DELIVERY

LinkedIn continues to be the #1 channel to distribute content.



Source: B2B Marketing 2016 Benchmarks, Budgets, and Trends — North America, Content Marketing Institute / Marketing Profs

**CHAPTER 6**

## Showcase Pages: Demonstrate Thought Leadership with Specific Audiences

Like many companies, you likely consider many parts of your business as important. And to give each its due attention, you likely have more than one "voice." With Showcase Pages, you can build a presence and present a unique voice for every important part of your business. By creating dedicated pages for your more prominent brands, businesses, and initiatives using Showcase Pages, you can extend your LinkedIn presence.

In other words, you can create a distinct platform for each aspect of your business that has its own message to share with its own target audience. It's a unique way to directly engage the right people in the right context. And just as with Company Pages, your administrators will be able to monitor performance through dedicated analytics tools within the Showcase Page experience.

## 5 Steps to Engaging Followers on LinkedIn:

| |
|---|
| 1. Establish your presence |
| 2. Attract followers |
| 3. Engage followers |
| 4. Amplify through the network |
| 5. Analyze and refine |

"When I ran marketing at a mobile startup, we routinely compared the impact of each channel at each funnel stage. We plotted channels along two dimensions: volume of names and cost per lead. LinkedIn topped all other lead sources, across both dimensions, and at every stage of the funnel. When it came to content distribution and lead generation, LinkedIn quickly became the first dollar budgeted each quarter."

*— Joe Chernov, VP of Marketing at InsightSquared*







## CHAPTER 6

### Attract More Followers

The more the merrier on the social merry-go-round. Here are some simple, effective strategies for attracting more followers with your company updates:

- Engage your colleagues. A study by BrightEdge found that 9 of the top 10 brands with the most followers on LinkedIn have at least 60% of their employees on LinkedIn.
- Cultivate a larger following with a multi-channel approach. Encourage your teammates to add a link to your Company Page in their email signatures. If needed, ask your designer for help creating a customized banner or button.

### Did You Know?

There are more than 2 million unique publishers actively using the LinkedIn Share button on their sites to send content to the LinkedIn platform.

"Content marketing is the planning, creation, promotion, and measurement of content to a target audience with the goal of satisfying customers and affecting a business outcome. LinkedIn offers an incredibly useful platform for research, ideation, and the amplification of content to specific interest groups from your target customers to the Influencers that inspire them to take action. LinkedIn is essential for achieving content marketing results."

— *Lee Odden, CEO @TopRank Online Marketing, Author: Optimize, Public Speaker: Integrated Search, Social, and Content Marketing*







## CHAPTER 6

### Take Advantage of Publishing On LinkedIn

Get noticed by your peers and engage with like-minded professionals by writing your own posts. Publishing on LinkedIn gives all professionals the ability to share their expertise with the world.

#### MAKE YOUR CONTENT STAND OUT WITH MULTIMEDIA

Engaging content goes a long way in reaching the right audience, so we recently made enhancements to our publishing platform so that it's even easier for you to create posts that catch readers' attention.

In addition to a new interface that puts your content front and center, you can now more easily move, add, and resize multimedia with inline images, videos, slides, or podcasts. Research shows that articles with images get 94% more total views. All you have to do is click on the "Add Multimedia" icon.

#### ADD HASHTAGS TO HELP YOUR CONTENT GET DISCOVERED

To help surface your posts in front of the people who matter most, always add relevant hashtags so that others can easily find your content in search. Using a hashtag will ensure that when members are looking for information on a certain topic or timely event, your article will come up as one of the options.

#### GET AUDIENCE INSIGHTS ON THE GO

With our new audience insights on mobile (desktop coming soon), we've made it easier for you to understand who's seeing the posts you've shared and the articles you've written. To use the insights feature, simply tap on "Me" in the LinkedIn mobile app, and you will find real-time information on the posts you've shared the articles you've written.

Now you can better understand your audience — what companies they work for, their job titles, where they live, and how they found your post. With these insights you can better understand if you were successful in optimizing your post to gain visibility with the right people.

Not only that, but these insights give you a simple entry point to connecting with people that are relevant to your industry, and start conversations that can make you more productive and successful in your career.

With nearly 3 million people publishing long-form articles and millions more sharing updates, LinkedIn is the leading platform for professionals like you to build your voice.



### 3 Reasons to Go Long on LinkedIn:

1. The content you publish is attached to and becomes a part of your LinkedIn profile, positioning you as an expert and thought leader.

2. You can create an always-on strategy with your C-level team, subject-matter experts, and employees by delivering your message with credibility and authenticity.

3. Your posts have the potential to be distributed in our trending topics and recommended to a much broader group of members.



## CHAPTER 6

### SlideShare: Tap into Visual Tendencies

We are all visual thinkers. In fact, 75% of the sensory neurons in our brains process visual information. Visual content can help set you apart from text-heavy competition, and SlideShare is the perfect channel for your visual content.

SlideShare is not just a repository for your slide presentations. It's a social channel where you can establish your brand as a thought leader and authority around topics and keywords.

#### THROUGH SLIDESHARE, YOU CAN:

- Share presentations, videos, infographics, and other documents with your LinkedIn network
- Upload portfolios, conference talks, PDFs, marketing/sales presentations, and more
- Embed videos in presentations, and add audio to make a webinar

Each month, more than 400,000 new pieces of content are added to SlideShare, which hosts 70 million unique visitors monthly. On an average day, nearly 4 million people visit SlideShare (just on desktop!). That makes SlideShare the world's largest professional content-sharing community. And that's something you can't afford to overlook.



"It's almost not fair to ask for my take on SlideShare. I consider it one of the top three 'plays' in my own content marketing efforts. I contribute to the SlideShare blog. I recommend it to every one of my clients, and am hired often to write and design the presentations.

However, I'm biased for many reasons. Atop the list: SlideShare — and its integration with LinkedIn — accounts for a massive chunk of my website's traffic, has a lot to do with the authority I've gained in content marketing and copywriting for the web, and is helping to bring me all kinds of opportunities including new business, partnerships, and speaking engagements.

If you're not using SlideShare to distribute your content, you're missing out on, what, 60 million eyeball opportunities a month? And if you are, you know exactly how the service can align with your marketing goals."

— Barry Feldman, Feldman Creative





## CHAPTER 6

### 9 Tips to Help Ensure Content Domination on SlideShare:

1. Keep your presentations short and sweet: Between 10–30 slides is optimal.

2. Be visual: Shoot for an average of 19 images in your 10–30 slides.

3. Get to the point: Aim for an average of 24 words per slide.

4. Be the authority on your topic: Choose a topic and own it.

5. Focus on design, and tell a story: Design your deck to pull the reader from one slide to the next.

6. Rev up the SEO for each presentation: Include keyword-rich titles, descriptions and tags in order to give your presentations a fighting chance in the world of search engines as well as inside the SlideShare search results.

7. Integrate your presentations into multiple channels: SlideShare easily embeds into landing pages and blogs and renders beautifully in Twitter.

8. Repurpose your presentations: Slice and dice them into blog posts, infographics, webinars, and videos.

9. Make SlideShare part of every campaign: Add a SlideShare checkbox to your campaign checklist.

If you don't have a SlideShare account, sign up from LinkedIn to share your presentations worldwide and drive more views and traffic.



### Did You Know?

More than 30 million pieces of content are uploaded to SlideShare. (February, 2016)



"In a recent conference, I was asked my opinion on what is the biggest opportunity in B2B Content Marketing. Without hesitation, I answered 'SlideShare.'"

— *Michael Brenner, Vice President of Marketing Insider Group, Speaker, Blogger and Social Business Marketing Leader*

### HAVE I GOT A STORY FOR YOU!

A good story captivates an audience. Think about your favorite book, TV show or movie; the plot and way it is told hooks you in. Now what if every presentation you sat through or gave was that spell-binding?



## CHAPTER 6

### Follow the 4-1-1 Rule

The 4-1-1 Rule was coined by Tippingpoint Labs and Joe Pulizzi of the Content Marketing Institute. While it was originally created with Twitter in mind, it can successfully be applied to your company's content marketing strategy using LinkedIn.

#### THE RULE STATES:

"For every one self-serving tweet, you should retweet one relevant tweet and most importantly share four pieces of relevant content written by others."

It's basically saying to share the love. Instead of constantly bombarding your followers with demos, webinars and whitepaper downloads, create a cadence of helpful insights relevant to your audience. Mix in a bit of industry thought leader content; news and trends are a great way to build relationships with prospects while keeping current customers in the know.

You'll authentically engage in conversations, build awareness and interact with LinkedIn members without giving the impression that you're a self-centered know-it-all. It's all part of moving to the new marketing mindset of "always be helping" instead of the outdated "always be selling."

Consistent posting: Create an editorial calendar of updates within your company, and highlight relevant third-party material. Then share it with company followers. Building a cadence around the 4-1-1 rule will continually add value for your followers.

Source: Tippingpoint Labs. www.tippingpointlabs.com

> "Sell something, get a customer for a day. Help someone, get a customer for life."
>
> — *Jay Baer, Digital Marketing Strategist, Speaker, Author and President of Convince & Convert*



**4 New Tweets**



**1 Retweet**



**1 Self-Serving Tweet**



CHAPTER 7

# Expand Your Targeted Reach:
## Paid Advertising on LinkedIn

By combining mass reach with accurate targeting, LinkedIn advertising solutions enable you to:

- Engage your target from among the most affluent, influential, and educated audience on social media.
- Increase awareness, credibility and impact through the power of social proof.
- Drive traffic and leads to your site.

Here are the LinkedIn advertising solutions at your disposal to help you achieve those results:

- Sponsored Content
- Sponsored InMail
- Programmatic Buying
- Dynamic Ads
- Text Ads





## CHAPTER 7

### Sponsored Content: Appear in the LinkedIn Feed and Beyond

Our members are already engaging with high-quality content from news sites, thought leaders, their connections, and brands. With Sponsored Content, you can join the conversation and appear along with that content. You can publish Sponsored Content with rich media and ensure relevance with robust targeting functionality. And that means you can reach the right people at the right time with your best articles, images, infographics, PDFs, presentations, and videos. Plus, Sponsored Content is the only way to reach LinkedIn's mobile users at scale, since they appear in the feed on desktop, tablet, and smartphone.

#### SPONSORED CONTENT IS A POWERFUL TOOL TO:

- Raise awareness and shape perception. Send Sponsored Content to your target audience to rapidly increase awareness and shape the perception of your brand, products, and services.
- Drive quality leads. Generate quality leads by sharing insights that professionals seek. Watch that content spread via the peer sharing that occurs naturally on LinkedIn.

- Build relationships with the world's professionals. Publish your content with Sponsored Content to create value and establish trust that sparks ongoing conversations and deeper customer relationships.

#### TARGETING OPTIONS

Sponsored Content allows you to reach a targeted audience beyond your Company Page followers. You can define your audience using criteria such as location, company size, industry, job function, and seniority. Remember, there's always a tradeoff between targeting and audience size. If you target too specifically, your content may reach a very small audience.

#### PERFORMANCE TRACKING

You can promote content in 20 languages across the 200 countries and territories where we have members. Within a minute or two of publishing your update, you'll see impression and engagement metrics — and reporting on your post will be updated in near real time. That means you can track how well your posts hit the mark and fine-tune your strategy instantly.



### Think of Targeted and Sponsored Content as Native Advertising

Sponsored Content is native to the browsing experience, incorporated directly into the member's feed so as not to interrupt the stream of content. That said, be sure to keep two to four Sponsored Content campaigns live at all times — that way you can appeal to members who are in the evaluation stage and still interested in high-level content, as well as those that are closer to a purchase decision.

Alteryx, an advanced analytics software company, generates quality leads at lower cost, using Sponsored Content to engage with targeted, premium audiences.

"With Sponsored Content we get the right kind of leads who are interested in relevant content we've created and in learning more about our product."

— *Rick Schultz, Senior VP of Marketing*





## CHAPTER 7

### HOW SPONSORED CONTENT WORKS

Getting a LinkedIn Company Page is the first step to using Sponsored Content. All Sponsored Content must first be created as organic Company Updates.

Similar to an ad unit, a Sponsored Content post can be viewed by members when they visit LinkedIn. Sponsored Content is clearly distinguished from organic content to make sure our members can differentiate between organic and paid content. Currently, they are labeled as "Promoted." Links in Sponsored Content can drive traffic wherever you'd like, including your content portals, relevant news or articles, YouTube or SlideShare channels, whitepapers, and event registration forms.

Sponsored Content is purchased through a second-price auction. Here's how it works: Each time there is an opportunity for Sponsored Content to be shown, LinkedIn runs an auction to determine which post to show. For any given auction, there can be many bids from competing advertisers looking to reach that member. That means when you sponsor content, your campaign enters an auction to determine whether it's shown to your target audience. Sponsored Content inventory is non-guaranteed, but you may adjust your bid and content to perform better in the auction. Remember, because LinkedIn runs a second-price auction, if you win your bid, you'll only pay one cent more than the second-highest bidder.







**CHAPTER 7**

# Ask the Expert:
# Neal Schaffer



**Author,** *Maximize Your Social,* **Trilingual Social Media Strategy & Social Business Coach, Consultant, Trainer & Speaker**

**LI: What type of content best connects with audiences on LinkedIn? Is there a specific type of content you prefer to consume on LinkedIn?**

NS: The content that best connects with audiences on LinkedIn is undoubtedly the type that makes us do our jobs better as well as invest in our professional brand. Without a doubt, the recently added Influencer content is of the highest quality, but there is other great content to be found

in Network Updates as well as relevant Groups. It all comes down to content that is both relevant and timely — but deep as well.

**LI: How do you make sure personal time spent on LinkedIn is productive? How does this differ from other social networks?**

NS: I spend my personal time on LinkedIn in 2 ways: 1) Keeping up-to-date and engaging with my network, and 2) Business intelligence looking for information on people, companies, or news in my industry. I limit my time and remain clear on my objectives.

**LI: What recommendations do you have for marketers looking to connect with target audiences on LinkedIn?**

NS: LinkedIn, like any other social network, is about people that are using social media for communication with others as well as information gathering. Professionals are not looking to be sold to, but they are seeking out information that can help them do their jobs better. The best approach that I would recommend for marketers to connect with their target audience would look like a

combination of the following:

- Establish robust profiles that make you discoverable in LinkedIn's profile search.
- Share relevant content consistently from your personal profile.
- Reach out and connect with those from your target audience that you know but have yet to connect with.
- Proactively utilize your LinkedIn network for introductions to key people in your target audience, using LinkedIn Inmails when an introduction is not possible.
- Engage in relevant groups.
- Create a group to represent your company.
- Promote your LinkedIn Company Page, build up a follower base, and engage with them.
- Utilize Text Ads to help precisely connect you with your target audience.





# CHAPTER 7

## Sponsored InMail: Deliver Directly to Members' Inboxes

Using Sponsored InMail, you can reach high-value, targeted prospects on LinkedIn with attention-grabbing messages that speak directly to their interests. You can designate recipients by geography, job role, group membership, company size, and other criteria.

These notifications are prominently displayed on the LinkedIn homepage and in members' inboxes for high visibility that cuts through the clutter. Discover a new way to increase the effectiveness of your email marketing effort and drive leads from LinkedIn. Reach members only when they are active on the LinkedIn site to boost engagement.

### SPONSORED INMAIL IS IDEAL FOR:
- Boosting conversions with targeted product and service promotions.
- Promoting content your audience wants to see, such as infographics, whitepapers, and reports.
- Personalizing invitations to events and conferences.

The flexible format makes it simple to integrate content and messaging from across your LinkedIn ecosystem. Accurate targeting ensures you reach the members that matter most, from across our network of over 467 million professionals.

### A UNIQUE PRODUCT IN AN UNCLUTTERED ENVIRONMENT
- Mobile-optimized design for easy clicks: Persistent call-to-action button remains on top of content while user scrolls.
- Real-time delivery ensures timely reach: Sponsored InMail messages are only delivered when members are on LinkedIn.
- Uncluttered professional context: Strict delivery frequency caps ensure your message gets maximum mindshare.
- Flexibility to tailor your content: Send a personalized message that will resonate most with your target audience.

Send a personalized message directly to a member's inbox.

Engage your key target audiences across desktop and mobile.

Drive conversations by delivering personalized messages within the uncluttered LinkedIn inbox environment.

Sponsored InMail leverages the credibility of the LinkedIn platform so that they are more likely to be opened, read, and acted on — unlike conventional email campaigns.





"With so many competitors going after the same customers, VistaVu knew it was time to rethink its strategy. Our goal was to break away from the crowd by really demonstrating our industry focus and unique value proposition. For us, it was about getting our message and differentiated product offerings to the right audience. Not only did we receive more leads, but the quality and the promise of the leads was unmatched."

— *Nicole Baron, Marketing Manager, VistaVu Solutions*



## CHAPTER 7

### Duke University Sees Sky-high Conversion Rates with Sponsored InMail

Duke University's Cross Continent MBA program offers a unique value proposition that can be difficult to convey through traditional ad formats. "Recruiting working professionals into our global programs has always been a challenge, because our concept is that you continue in your role while earning a world-class MBA," says Elizabeth Hogan, associate dean for global marketing at Duke. "Yet when high-potential professionals in emerging markets think about business school, they assume it involves quitting their jobs to do an MBA program in another country, or attending a local school in the evenings or on weekends."

The majority of applicants to the program in the past had come in from word-of-mouth referrals. However, Duke wanted to promote the program to new prospects in diverse global regions who would not have learned about it otherwise.

Hogan rolled out Sponsored InMails targeted by seniority, geography, and degree resulting in an open rate of **68 percent**, a **400 percent** increase in conversions, and a sales pipeline closure speed increase of **300 percent.**

"One of the extraordinary things about this InMail campaigns is that we have two students starting in August who had never heard of this program when they received our InMail in March. In the history of my marketing experience at his school, I've never seen us convert that quickly."

— *Elizabeth Hogan, Associate Dean, Global Marketing,
Fuqua School of Business, Duke University*







## CHAPTER 7

### LinkedIn Account Targeting: Tailor Your Sponsored Content or Sponsored InMail Campaigns to a Priority List of Accounts

LinkedIn's profile targeting combined with LinkedIn Account Targeting will allow you to market products and generate opportunities to the right personas within the accounts that matter most to your business. LinkedIn Account Targeting is available to customers purchasing Sponsored InMail and Sponsored Content through a LinkedIn account representative, and we plan to expand this to our self-serve customers over time.

### 3 Characteristics of a Top-notch Account Based Marketing Strategy

#### SALES AND MARKETING ARE IN SYNC
In ABM, marketing focuses on the accounts that matter most to the sales team, instead of casting a wide net with their lead generation efforts. That means more communication between the teams than most organizations are used to. It's useful to think of sales and marketing working together as parts of an "account team."

That means marketing focuses its budget on the accounts that sales deems most important, creating content specifically for these key accounts. Sales and marketing agree on a shared vocabulary, common goals, and metrics used to evaluate success.

#### MARKETING REACHES VERTICALLY AND HORIZONTALLY ACROSS TARGET ACCOUNTS
The traditional B2B sales approach is to focus on a few key decision makers. As the B2B buying process becomes more collaborative, that approach is less effective. Our research shows that an average of 3-5 departments are involved in purchasing decisions, depending on the industry.

For ABM, the goal is to target multiple departments within the account, with personalized content for each. Individual contacts are important, but need to be viewed in the context of the entire account.

In the new B2B buyer journey, vendors need to be known company-wide to have an impact. ABM accomplishes this by targeting a message at scale to the broader buying group.

#### CONTENT DEVELOPS TRUST AND SHARES KNOWLEDGE
Building and nurturing relationships is central to a successful ABM program. Our research shows that buyers are more likely to form a relationship with vendors who provide valuable consultation, education, and tools.

So it's important that your content plan has ample thought leadership content. There are three important considerations for creating content that demonstrates subject matter expertise:
1. Understand what stakeholders believe. Start with research into the existing state of the conversation, so you can meet your reader where they are.
2. Develop and articulate a well-informed point of view. Make a strong case for your position — make it clear that you have the authority to take a definitive stand.
3. Frame your story in terms of value delivered. Back up your viewpoint with real-world examples that demonstrate your ideas in action.

Ideally, you should have a unique value proposition and relevant content for each department that influences a buying decision.



LinkedIn **Account Targeting**

Customer list

Companies on LinkedIn



## CHAPTER 7

# Ask the Expert:
# Nate Stricker



**Agency Partner Manager at Pinterest
(Formerly Agency Lead at AOL)**

**LI: What types of clients should be leveraging LinkedIn more than they currently are?**

NS: Because of the association of the content on LinkedIn, as well as with the audience that goes to the site — any category where a client is aiming to make headway from a leadership perspective. If you're looking to make a leadership statement and/or be seen curating a point of view with content, there is a lot of upside to the LinkedIn proposition.

**LI: How do you compare the audience targeting capability of LinkedIn with other social networks?**

NS: With LinkedIn, with content generation, there's an opportunity with native content to be a bit more surgical with the data you have, and the kind of content you deliver — the holy grail of the audience and the content equation together. I think that's definitely an area where there is opportunity because no one network is especially nailing it right now.

**LI: How are marketers getting it wrong with LinkedIn?**

NS: There's still some education required. Even before being thought of as a media opportunity for advertisers, LinkedIn is viewed as a marketer's in-house PR firm — the PR mechanism, if you will. I think the first step is recognizing that it has quite a bit to offer from an advertising perspective. The second thing is that there are a lot of categories that could benefit from LinkedIn beyond the obvious ones. It's not just an environment for the Wells Fargos and the Bank of Americas and the University of Phoenixes of the world, but has huge

value for the GEs and the Geicos and the Chryslers, etc. I think that's a story that can be better flavored in the marketplace.

**LI: How would you advise a marketer looking to create more "shareable" content? Are there specific strategies or specific tools you would recommend?**

NS: From a tool standpoint, a really good social listening service can cover a wide swath of sources. It can also provide access to other media, search trends, and search behaviors so you have a rich tapestry to draw from in terms of what is relevant for consumers, particularly your target audience. Good listening is the first step. You're not going to create shareable content if what you're building is not relevant and intriguing to consumers. Sometimes it's a balance of what the advertiser wants to get across versus the passions that ignite the interest of the consumer.

The second part is having compelling content that leverages things like sight, sound, and motion to use the listening platform to find topics that have a currency to them. Then finally making it easy to share, so a user can choose to share in whichever platform they are most comfortable with.



**CHAPTER 7**

## Programmatic Buying

We've also launched programmatic buying as a way to access LinkedIn Display Ads. This means you can now work with your preferred buying platform to buy highly visible ads that help you reach and engage the right buyers and build your brand in the premium context of LinkedIn.

Our goal with programmatic buying is to give you more flexibility in how you work with us, and expand the ways we can partner to meet your marketing goals.

### HOW IT WORKS

You have the option to purchase our display ads programmatically either through an Open Auction or via LinkedIn Private Auctions. Both give you the flexibility and control to reach your target audiences on LinkedIn. If you're already buying programmatically, Open Auction is the fastest way to buy LinkedIn Display Ads programmatically. For advertisers looking for additional targeting capabilities, the Private Auction is a great option.

When using your own first or third party data like website visitors and CRM contacts, our Private Auction offers the ability to explicitly target the LinkedIn.com homepage as a placement. As another benefit, our Private Auction purchasing option allows advertisers to target select LinkedIn audience segments (e.g., target "IT decision makers") if you don't want to use your own first or third party data.



"From a marketing standpoint, the targeting is unprecedented. For marketing campaigns, LinkedIn can identify who to send it to and when to send it, but with precision we have never seen before. The success stories are still building, but we will see more B2B marketers drive success via LinkedIn over the next couple years."

—*Craig Rosenberg, The Funnelholic www.funnelholic.com*



# CHAPTER 7

## Dynamic Ads for Personalized Targeting

As a sophisticated marketer, you know that message relevancy is critical to successfully connecting with target audiences and driving desired actions. And LinkedIn Dynamic Ads makes it possible to accurately target decision makers and deal influencers with highly relevant, dynamically generated, customizable creative on LinkedIn.com. Using Dynamic Ads, you can:

- Target the audiences that matter. Select the audiences you want to reach based on a wide range of professional targeting options, including company, work experience, groups, and interests.
- Customize your creative; personalize your message. Craft your ad copy, choose your call to action, and leverage dynamically generated images from LinkedIn member profiles.
- Grow your company follower count. Encourage LinkedIn members to follow your company and build better relationships with your target audience with one-click "Follow Company" calls to action.

60% of marketers say personalizing the customer experience is their top marketing objective.













## CHAPTER 7

### Text Ads: Generate Quality Leads with an Easy, Self-serve Solution

LinkedIn Text ads is an intuitive, self-service advertising solution that enables you to create easily (in minutes), then manage and optimize customized campaigns targeting a premium professional audience and drive high-quality leads to your business on a budget that works for you.

With Text Ads, you have at your fingertips the ability to:

- Easily create and launch well-targeted campaigns with customized creative in just minutes.
- Fine-tune your target audience based on location, demographics, skills, interests and work history to achieve the right mix of volume and precision.
- Gain meaningful insights into your campaign and creative performance with powerful audience segmentation analytics. and social engagement measurement tools
- Intelligently optimize your budgets, bids and creative to achieve your branding and customer acquisition objectives.







# CHAPTER 7

## LinkedIn Conversion Tracking: Easily Measure and Optimize the Business Impact of Your LinkedIn Sponsored Content, InMail, and Text Ads

LinkedIn Conversion Tracking — a set of capabilities built directly into LinkedIn Campaign Manager — enables you to easily measure leads, sign-ups, content downloads, purchases, and other desired actions on your LinkedIn Sponsored Content, InMail, and Text Ads campaigns. With conversion tracking, you can understand more about the specific ads and even the unique LinkedIn audiences that are driving your conversions. LinkedIn Conversion Tracking allows you to identify the seniority, industry, job function, location and company size of the people who are becoming leads.

With LinkedIn Conversion Tracking, you can:

- Track the metrics that matter most: Track website conversions from your LinkedIn programs directly in Campaign Manager. At a glance, you can understand your LinkedIn advertising ROI, conversion count, cost-per-conversion, conversion rate, and return on ad spend. You can even track which audience segments are driving the most conversions.
- Record every conversion, every time: Track conversions on your website from desktop and mobile, whether members converted after clicking on — or even after just viewing — one of your ads.

- Optimize your campaigns to drive even better performance: Monitor the specific campaigns, ads, and the nature of the audiences that are driving conversions. Then use this information to improve your Sponsored Content and Text Ads targeting and creative, and maximize the downstream impact of lead and opportunity pipeline goals.

> ## With conversion tracking, you can:
>
> 1. Track leads from your LinkedIn ad campaigns.
>
> 2. Understand the ROI of your spend.
>
> 3. Optimize for the results that matter most.


Cost Per Lead


Marketing Qualified Leads


Sales Qualified Leads


Marketing Impacted Pipeline


Revenue Per Opportunity







**CHAPTER 7**

# Ask the Expert:
# Chris D'alessandro



**Chief Product Officer at
LegalShield Official**

### LI: What factors are most important to you when considering advertising channels for your clients?

CD: It all depends on the goals of the campaign or what we are trying to accomplish. My focus is on a global campaign that transcends the US and Europe, so a lot of what we are doing is branding. We look at platforms as "how can we best utilize our money to get in front of as many people as we can to convince them we're a brand for them?" Question number one is always, "Can we build the brand on this platform?"

### LI: What types of clients should be leveraging LinkedIn more than they currently are?

CD: Any organization that needs to do a better job of getting the brand in front of affluent people or just the right professional people. LinkedIn is a great platform for targeting this type of audience. The other type of client that needs to be on LinkedIn is any organization that needs to recruit top talent.

### LI: How do you compare the audience targeting capability of LinkedIn with other social networks?

CD: The biggest thing that's come to our attention is that we can trust the results from LinkedIn. People are less apt to elaborate on LinkedIn than they are on other social networks. Sometimes you don't know if you're actually getting the person you're targeting, and my personal version of why I prefer LinkedIn over other social networks is because I know who I'm getting. I trust LinkedIn data not because other social networks are lying about their data, but rather because consumers are more apt to elaborate on other social networks.

### LI: How are marketers getting it wrong with LinkedIn?

CD: They are seeing it as an advertising platform, and they are not leveraging it as a content platform. Advertisers are trying to drive lower funnel activities instead of participating in the conversation. I see LinkedIn as a way to continue the dialogue in a way that naturally promotes the value proposition of the brand, and I think many brands are still using it as an ad platform because most media-buying agencies follow the path of least resistance and buy what is easy. Getting the creative and content development teams involved makes it harder for them to buy. They can simply put an ad on the page instead of engaging the creative agency and building a plan that will be better in the long run.



**CHAPTER 8**

# Measure the Impact and Optimize

Depending on your goals and the KPIs you use to measure performance, LinkedIn gives you clear visibility into your programs' impact throughout the purchase process.

- From the reach and share of voice as you look to create awareness, shape key LinkedIn audiences' perception (targeted impressions, percentage share of voice).
- Are the right people engaging with your content (social actions, click intelligence by audience, content marketing score, click-through rate, cost per click, cost per thousand)?
- Are you prompting them to take action (cost per lead, actions by audience)?



**CLOSING THE CONTENT MARKETING GAP**

**DESPITE USING CONTENT MARKETING TO ACHIEVE THEIR GOALS, GLOBAL MARKETERS DON'T FEEL THEY'RE BEING AS EFFECTIVE AS THEY COULD BE.**

Using content marketing
Feel they're being effective

Australia
89%
29%

United States
88%
30%

United Kingdom
85%
42%

Sources: Content Marketing in the UK: 2015 Benchmarks, Budgets, and Trends: Content Marketing Institute/DMA UK, Content Marketing in Australia: 2013 Trends — Content Marketing Institute/The Association for data-driven marketing & advertising (ADMA), 2016 B2B Content Marketing Trends — North America: Content Marketing Institute/MarketingProfs





## CHAPTER 8

### QUANTIFY YOUR CONTENT MARKETING EFFORTS ON LINKEDIN

As a sophisticated marketer, you know you need to prove your content marketing initiatives' impact. Ideally you want to:

- Understand the content and topics that resonate with your audience.
- Measure the effectiveness of your content-based campaigns.
- Benchmark your program success.
- See how you stack up against your competition.
- Rank your brand with a comprehensive score.

Like the most effective content marketers, you probably reach your audience in multiple ways across LinkedIn, via employee posts, Sponsored Content, and influencer posts. LinkedIn's Content Marketing Score ties all of this outreach together so you get an integrated view of how your efforts are paying off.

### BENCHMARK YOUR CONTENT PERFORMANCE

Think of the Content Marketing Score as a barometer that helps your company, product, and brand understand the impact of its content marketing efforts on LinkedIn. By attributing a Content Marketing Score to your content, it quantifies the influence of your company, product, and brand on LinkedIn.

The Content Marketing Score provides this insight by:

- Highlighting the audience(s) consuming your content on LinkedIn
- Quantifying your company's content presence and engagement on LinkedIn

In other words, it tells you if members within your target audience are engaging with your content. And it can show you how you stack up against your competitors. You can even see a breakdown of how you're performing across the different areas of LinkedIn — whether by Groups, updates, or posts.

### TURN INSIGHTS INTO CONTENT GOLD

All that information is valuable, but we know insights are useless unless you can act upon them. The Content Marketing Score makes that possible by providing specific recommendations on defining and adjusting your content strategy to achieve the best results possible. These may include suggestions to experiment with new ways to increase your follower base by utilizing Sponsored Content, encouraging employees to publish more posts, or focusing on your content relevance.

In a nutshell, the Content Marketing Score from LinkedIn:

- Analyzes who engages with your content
- Compares you to your peers
- Suggests how to improve your score

To receive your custom Content Marketing Score, please contact your LinkedIn account executive or account manager.

### A Dynamic Duo

Unlike Trending Content, which gives you insight into the hottest topics across LinkedIn, the Content Marketing Score is specific to your company, product, and brand.







## CHAPTER 8

### BE TRENDY (WITH YOUR CONTENT)

Your target audience is on LinkedIn. Now it's just a matter of delivering the content that attracts and engages them. But how do you know just which topics will catch — and keep — their attention? And how do you know which members will be most interested in your content? Whether you're new to content marketing or looking to drive even more engagement with your existing content, Trending Content from LinkedIn can help you focus on the topics that matter.

On a daily basis, LinkedIn members actively engage with content from four primary sources of inspiration, insights, and information on our network:

- News from publishers
- Peers on LinkedIn Groups
- Thought leaders
- Brands

### ALIGN YOUR CONTENT CALENDAR WITH YOUR AUDIENCE

With LinkedIn, you can see trending topics across all those sources: LinkedIn Groups, news posts, thought leadership posts and discussions, and Company Pages.

You'll see which topics matter and which members are sharing the most content on any given subject. You'll even be able to pinpoint which topics are going viral.

How do we deliver this invaluable data? We evaluate influencer articles, network updates, and Sponsored Content to understand which content members are sharing. Using a complex algorithm built by our data science team, we put each piece of content into one or more of over 17,000 topic categories. We then layer on member profile attributes to understand who is sharing the content.

With all that insight, you can fine-tune your strategy to align with the latest trends. That means you can increase the likelihood of your own content going viral and reach and engage more members on LinkedIn. To receive your custom Trending Content analysis, please contact your LinkedIn account executive or account manager.

These tools are currently available for LinkedIn Marketing Solutions customers with an Account Executive. You can contact your Account Executive for your score.



**THE TOPICS THAT MATTER**

**WHAT'S TRENDING**

1 Social Media Marketing  2 Recruiting  3 Integrated Marketing  4 Marketing  5 Web Marketing

10 sem  9 Social Media  8 Employee Engagement  7 Self-Esteem  6 Online Advertising

Source: LinkedIn Internal Data








**CHAPTER 8**

# Ask the Expert:
# Lisa Weinstein



**CEO at The Engine Group (Formerly President of Global Digital Data and Analytics at Starcom MediaVest Group)**

**LI: What factors are most important to you when considering advertising channels for your clients?**

**LW:** One of the things we say is that it's about behavior, not channels. From our perspective, when you start with consumer behavior, you usually start with data. We really believe that data helps to create experiences, and we use the phrases "created by data" and "creating its own data." You can use data to understand consumer behaviors

on a platform like LinkedIn. Then, as the consumer is engaged, he or she creates new data to help you optimize that experience. It starts with behavior, which is informed by data, which we then use to inform content.

**LI: How are your clients' marketing objectives different on LinkedIn compared to other social networks? How does that impact your clients' content strategy?**

**LW:** I would argue that the objectives of a platform like LinkedIn should not be different from other social networks and that all networks should add up to the clients' overall marketing objectives. As you drill down into the use case for LinkedIn, it could absolutely be leveraged for some more tactical and specific initiatives. But if you're talking about marketing objectives broadly, I'd like to think that everything we do and all these things we create ladders up to bigger objectives like sales, top of funnel, etc. Too often in social media, marketers get hung up on chasing the social networks' specific metrics. At the end of the day, what has to matter is that a marketer's investments are moving the

needle against the core macro objective. LinkedIn has proven effective for clients who leverage it across the spectrum of objectives ranging from brand lift and consideration to ROI and direct response. LinkedIn works against key measures, whether they are at the top or bottom of the funnel.

**LI: How would you advise a marketer looking to create more "shareable" content? Are there specific strategies or tools you recommend?**

**LW:** We believe sharing is an indicator of valuable consumer behavior. We've spent a lot of time on tools provided by companies like ShareThis, which provide powerful indicators of the types of content that are most sharable. We've built a planning tool that allows our planners to buy ads against content that is more likely to be shared. We've actually spent a lot of time in the space looking at trends of topics and keywords that are another indicator of things being shared.

We partner with companies like Visible Measures on the video side. It can be different with video, and they have years'

worth of data on the types of video content that will most likely drive certain earned responses. We also share that part to plan how our video content can drive greater shares, because we think it's a strategic question. It's vital to our strategy to think about the intersection of paid, owned, and earned content.



CHAPTER 9

# Unlock the Power
## of LinkedIn's Partner Programs

LinkedIn's Partner Programs are designed to work with companies that share our goal of serving our members' needs. From entertaining promotions to targeted multi-channel messages, LinkedIn's platform can significantly increase your consumer engagement beyond LinkedIn.com. Strengthen your customer relationships, campaign performance, and company presence using the powerful technology and expertise of our partners.

"Partnering with LinkedIn has enabled us to deliver robust audience demographics, content analytics, and publishing capabilities to today's biggest brands across every industry. Brands are using this context and capability to deliver great experiences that make professionals more productive and successful, and as a result, are building valuable and lasting relationships."

— *Jim Rudden, CMO Spredfast Inc.*

### ADS PARTNERS
Manage and optimize your advertising campaigns leveraging industry-leading technology and expert strategists.

### CONTENT PARTNERS
Access high-quality professional content to power your content marketing.

### COMPANY PAGE PARTNERS
Easily manage your LinkedIn Company Pages and other social properties using one unified dashboard.

### CUSTOM APPS PARTNERS
Boost brand engagement and create unique experiences through custom-built marketing solutions.

### COMPLIANCE PARTNERS
Leverage trusted technology to keep your LinkedIn marketing compliant with regulations in financial services and other industries.

### ANALYTICS PARTNERS
Get marketing insights that help you build better LinkedIn campaigns and plan your media strategies.







**CHAPTER 9**

# Ask the Expert:
# Kristina Jaramillo



**LinkedIn Marketing Expert,
GetLinkedInHelp.com**

**LI: How are your marketing objectives different on LinkedIn compared to other social networks?**

KJ: I do not do anything on Facebook, as my complete focus is on CEOs, C-level marketing and sales executives, and small business owners in B2B organizations. Twitter, I use as a tool to broadcast my different messages.

I use LinkedIn to directly connect with and build relationships with key decision makers (my prospects), key professionals that influence business marketing decisions, and potential referral sources/white label partners.

**LI: What type of content best connects with audiences on LinkedIn? Is there a specific type of content you prefer to consume on LinkedIn?**

KJ: The best type of content that I found is case studies and real-life examples — this demonstrates your relevance. Most business leaders and B2B marketers' LinkedIn profiles do not have case studies. They talk about their skills and expertise but there is no content for their targeted prospects to see why they should connect. Within the different LinkedIn Groups, you should also create discussions on real-life case studies. This gives B2B organizations a chance to showcase their expertise and at the same time educate prospects on the challenges companies are having and the steps they need to take to overcome the challenge.

Here are some other forms of content that have worked well for me and for my Get LinkedIn Help clients:

*Radio show interviews:* I host a B2B marketing radio show at www.blogtalkradio.com/b2bmarketingradioshow where guest experts, including LinkedIn's Senior Content Marketing Manager Jason Miller, share their insights.

*SlideShare presentations and videos that support your case study and result-based LinkedIn profile:* Some of our clients' most-read discussions were based on their SlideShare presentation content.

*Blog posts and articles that change the way people think and act:* I personally love content that is meant to start a debate. The goal is to change how people present themselves on LinkedIn and how they market on LinkedIn.

**LI: How do you make sure personal time spent on LinkedIn is productive? How does this differ from other social networks?**

KJ: You create a LinkedIn strategy that includes identifying your goals, (lead generation, brand awareness, thought leadership, strengthening strategic alliances, community building, getting more VAR, etc.) — defining your target audience, locating the Groups your targeted audiences belong to and identifying the type of content that your audience will relate to. Within your strategy, you have to also map out the actions needed to take on LinkedIn (webinars, webcasts, whitepapers and email marketing).

**LI: How are marketers getting it wrong with LinkedIn?**

KJ: Marketers are getting it wrong with LinkedIn in a number of ways. They're basically completing brand maintenance activities instead of using it as a tool for lead generation. They may do some updates and some commenting on discussions but there is no strategy behind their efforts. They are just connecting with anyone and everyone.





# 25 Social Media Experts
# You Need to Know

Stay in the know with tips and advice from the leading social media experts. Here's a list
of some of our favorites, representing the best of the best in social media marketing.

**1. Jay Baer**
Speaker, Author, Consultant
Blogs: jaybaer.com,
convinceandconvert.com
Twitter: @jaybaer
LinkedIn: in/jasonbaer

**2. Michael Brenner**
Senior Director, Global Marketing at
SAP, President and Co-Founder of
Business2Community
Blog: b2bmarketinginsider.com
Twitter: @BrennerMichael
LinkedIn: in/michaelbrenner

**3. Michael Brito**
Group Director Media and Engagement
at WCG,
a W2O Company
Blog: britopian.com
Twitter: @Britopian
LinkedIn: in/michaelbrito

**4. Jeff Bullas**
Consultant, Speaker, Blogger
Blog: jeffbullas.com
Twitter: @jeffbullas
LinkedIn: in/jeffbullas

**5. Brian Carter**
VP of Marketing at Infinigraph,
Author, Speaker
Blog: briancarteryeah.com/blog/
Twitter: @briancarter
LinkedIn: in/briancarterms

**6. Brian Clark**
Founder and CEO of Copyblogger
Blog: copyblogger.com/blog/
Twitter: @copyblogger
LinkedIn: pub/brian-clark/8/606/b5a

**7. Heidi Cohen**
Columnist
Blog: heidicohen.com/tag/blog/
Twitter: @heidicohen
Linkedin: in/heidicohen

**8. Steven Farnsworth**
Chief Digital Strategist at Jolt Digital
Marketing, Author, Speaker
Blog: stevefarnsworth.wordpress.com
Twitter: @steveology
Linkedin: in/stevefarnsworth

**9. Barry Feldman**
Owner at Feldman Creative, Speaker
Blog: feldmancreative.com/blog
Twitter: @FeldmanCreative
Linkedin: in/feldmancreative

**10. Ann Handley**
Head of Content at Marketing
Profs, Author
Blog: marketingprofs.com
Twitter: @annhandley
LinkedIn: /in/annhandley

**11. Matt Heinz**
President at Heinz Marketing Inc
Blog: heinzmarketing.com
Twitter: @HeinzMarketing
Linkedin: in/mattheinz

**12. Doug Karr**
Chief Marketing Officer at CircuPress,
Author
Blog: marketingtechblog.com/author/
douglaskarr/
Twitter: @douglaskarr
Linkedin: in/douglaskarr

**13. Jason Keath**
CEO of Social Fresh
Blog: socialfresh.com
Twitter: @jasonkeath
LinkedIn: in/jasonkeath

**14. Nichole Kelly**
CEO at Social Media Explorer, SME
Digital
Author, Speaker
Blog: socialmediaexplorer.com
Twitter: @Nichole_Kelly
Linkedin: in/nicholekelly

 

# 25 Social Media Experts
# You Need to Know

**15. Dave Kerpen**
CEO Likeable Local
Author, Speaker
Blog: davekerpen.com/blog
Twitter: @DaveKerpen
Linkedin: in/davekerpen

**16. Stephanie Sammons**
Founder of Wired Advisor™
Speaker
Blog: blog.wiredadvisor.com
Twitter: @StephSammons
Linkedin: in/stephaniesammons

**17. David Meerman Scott**
Marketing Strategist,
Speaker, Author
Blog: webinknow.com
Twitter: @dmscott
LinkedIn: in/davidmeermanscott

**18. Jason Miller**
Group Manager, Content Marketing
Blog: rocknrollcocktail.com/
Twitter: @JasonMillerCA
Linkedin: in/jsnmiller

**19. Lee Odden**
CEO at TopRank Online Marketing
Author, Speaker
Blog: toprankblog.com
Twitter: @leeodden
Linkedin: in/leeodden

**20. Joe Pulizzi**
Founder at Content Marketing Institute
Author, Speaker
Linkedin: in/joepulizzi
Twitter: @JoePulizzi
Blog: contentmarketinginstitute.com

**21. Viveka Von Rosen**
LinkedIn Expert, Author
Blog: linkedintobusiness.com/
Twitter: @LinkedInExpert
LinkedIn: in/linkedinexpert

**22. Neal Schaffer**
Author, Speaker
Linkedin: in/nealschaffer
Blog: maximizeyoursocial.com/
Twitter: @NealSchaffer
Linkedin: in/nealschaffer

**23. Koka Sexton**
Global Industry Principal,
Social Selling, Hootsuite
Blog: kokasexton.com/word/
Twitter: @kokasexton
Linkedin: in/kokasexton

**24. Mike Stelzner**
Founder of Social Media Examiner,
Author
Blog: socialmediaexaminer.com
Twitter: @Mike_Stelzner
LinkedIn: in/stelzner

**25. Todd Wheatland**
VP of Marketing at Kelly Services
Author, Speaker
Blog: slide-guidebook.com/
Twitter: @ToddWheatland
Linkedin: in/wheatland

 

# LinkedIn

## ABOUT US

LinkedIn members number more than 467 million professionals. That's over half of the 600 million professionals on the planet. This represents the largest group anywhere of influential, affluent and educated people.

## PROFESSIONAL PUBLISHING PLATFORM

Our evolution into a professional publishing platform drives increased engagement on LinkedIn. Compared with other professional publishers, content on LinkedIn works differently. The rich data on our platform means we can deliver the most relevant content to our members.

## RELATIONSHIPS MATTER

With LinkedIn Marketing Solutions, brands build relationships with the world's professionals by using accurate targeting to deliver relevant content and communications.

As today's connected professionals seek out ideas and insights from the people and brands they trust, marketers use LinkedIn to target advertising and publish relevant content in a professional context. Brands extend reach through the social sharing that occurs naturally on LinkedIn.

For more information, visit marketing.linkedin.com.

LinkedIn Corporation © 2017