AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| TOPDEVZ, LLC, and NOIREFY, INC., individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> LINKEDIN CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:20-cv-08324 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LinkedIn Corporation
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Warren Postman
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 11/25/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **LinkedIn Corporation**
was received by me on *(date)* **12-1-2020**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Barbara Green, Intake Manager at Corporation Service Company as Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **LinkedIn Corporation** on *(date)* **12-2-2020** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0.00** for travel and $ **125.00** for services, for a total of $ **75.00**

I declare under penalty of perjury that this information is true.

Date: **12/2/20**

*Server's signature*

**Angela Lee - Process Server**
*Printed name and title*

**1 Borealis, Smyrna, DE 19977**
*Server's address*

Additional information regarding attempted service, etc: