UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOPDEVZ, LLC, et al.,

Plaintiffs,

v.

LINKEDIN CORPORATION,

Defendant.

Case No.  20-cv-08324-SVK

**ORDER DENYING WITHOUT PREJUDICE APPLICATIONS FOR ADMISSION *PRO HAC VICE***

Re: Dkt. Nos. 30, 31, 32

The applications for admission *pro hac vice* of David A. Neiman (Dkt. 30), Bryce T. Hensley (Dkt. 31), and Antonio M. Romanucci (Dkt. 32) identify as local co-counsel Warren D. Postman, who has an address of record in Washington, D.C.  These applications do not comply with Civil Local Rule 11-3(a)(3), which requires that an applicant for admission *pro hac vice* designate as co-counsel an attorney who is a member of the bar of this Court in good standing <u>and who maintains an office within the State of California</u>.  Accordingly, the applications are denied, without prejudice to submission of corrected applications that comply with all requirements of Civil Local Rule 11-3.

**SO ORDERED.**

Dated: January 29, 2021

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California