UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPDEVZ, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LINKEDIN CORPORATION,<br><br>    Defendant. | Case No. 20-cv-08324-SVK<br><br>**ORDER TERMINATING MOTION TO DISMISS**<br><br>Re: Dkt. No. 29 |

On January 27, 2021, Defendant LinkedIn Corporation filed a motion to dismiss the complaint in this case. Dkt. 29. On February 17, 2021, Plaintiff filed a First Amended Complaint, as permitted under Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. 49. As a result, the Court terminates the motion to dismiss the original complaint as moot.

**SO ORDERED.**

Dated: February 18, 2021

_____

SUSAN VAN KEULEN
United States Magistrate Judge