UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LINKEDIN ADVERTISING METRICS LITIGATION . | Case No. 20-cv-08324-SVK<br><br>**ORDER RE JOINT ESI PROTOCOL DISPUTE LETTER**<br><br>Re: Dkt. No. 70 |

The Court has reviewed the parties' Joint ESI Protocol Dispute Letter. Dkt. 70. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for determination without oral argument. The Court rules as follows on the disputed issues:

1. **Sections IV.D. and IV.E.:** The Court adopts Plaintiffs' language for sections D and E. Should the parties be unable to agree on custodians or search terms, they will engage in robust meet and confer efforts. LinkedIn's language may be demonstrated to be a reasonable position, but the proposed limitations are premature.
2. **Section IV.G.:** The Court adopts Plaintiffs' language for section G. LinkedIn's proposed limitation is premature.
3. The Parties are to submit a revised ESI Order incorporating the Court's rulings by May 7, 2021.

**SO ORDERED.**

Dated: May 5, 2021

SUSAN VAN KEULEN
United States Magistrate Judge