UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPDEVZ, LLC, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>LINKEDIN CORPORATION,<br><br>   Defendant. | Case No.  20-cv-08324-SVK<br><br>**ORDER RE JOINT DISCOVERY DISPUTE SUBMISSION**<br><br>Re: Dkt. No. 81 |

The Court has considered the Parties' joint discovery dispute statement (Dkt. 81), along with the attachments and the amended consolidated complaint (Dkt. 55). The Court has also recently issued its order on Defendant's motion to dismiss (Dkt. 85), and in light of that order, anticipates a Second Amended Complaint to be filed by August 17, 2021. With regards to the pending discovery dispute, it appears, as is often the case, that as to the relevant time period and certain defined terms, Plaintiffs seek broad parameters while Defendant strives for narrower scopes. The Court's evaluation of the Parties' competing positions may be better informed by an amended pleading, and therefore the Court DEFERS ruling on the pending discovery disputes until it has had an opportunity to consider Plaintiffs' Second Amended Complaint.

**SO ORDERED.**

Dated: August 4, 2021

SUSAN VAN KEULEN
United States Magistrate Judge