# Exhibit A

# LinkedIn Ads Agreement

*Last revised on July 16th,* 2020.

*The following terms (the "LinkedIn Ads Agreement" or "Agreement") apply to your use of LinkedIn's online advertising platform and the associated self-serve, auction-based ad services (the "Ad Services). The Ad Services allow your ads to be served on properties of LinkedIn and enabled third parties (collectively, "Properties"), e.g., LinkedIn Audience Network websites and mobile applications. By registering for or using our online Advertising platform or our Ad Services, you agree to the terms of this Agreement, so please take a moment to read them.*

## 1. Agreement

**When you use our Ad Services you agree to this Ads Agreement, our Advertising Policies and the terms for optional features.**

**If you use the Ad Services for a third party, you must have permission to do so.**

In addition to the LinkedIn User Agreement, Privacy Policy and Cookie Policy, this Ads Agreement and our Advertising Policies apply to the access and use of the Ad Services. Additional terms may apply to specific features of the Ad Services. For example, additional terms included herein apply to the use of optional features like conversion tracking, website demographics, matched audiences, and lead gen forms.

If you have entered into a separate advertising agreement with LinkedIn with terms that cover subject matter also addressed in this Ads Agreement, those separate terms govern with respect to that subject matter but this Ads Agreement (including the Advertising Policies and the Terms for Optional Features) governs with respect to any additional subject matter (e.g. conversion tracking, website demographics, matched audiences, and lead gen forms). Otherwise, this Ads Agreement (including the Advertising Policies and the Terms for Optional Features) govern with respect to all use of the Ad Services.

If you are accessing or using the Ad Services on behalf of a business or third party, you represent and warrant that you have the authority to do so and to bind that business or third party to this Ads Agreement, and your agreement to this Ads Agreement will be treated as their respective agreement. In this event, LinkedIn may hold you responsible for violations of this Ads Agreement by that business or third party, and "you," "your" and "party" will also refer and apply to that business or third party.

## 2. Ad Services

**We try to optimize your campaigns and offer you optimization choices.**

**Your use of the Ad Services must comply with Applicable Law and all applicable terms.**

**You are responsible for use of the Ad Services through your account.**

**If you use the Ad Services for a business, that business can receive information about your use and remove you from its accounts.**

**We may reject Ads, modify or terminate the Ad Services and participate in auctions for ads on the Ad Services.**

The Ad Services are designed to enhance the effectiveness of your campaigns. LinkedIn may offer you choices about whether you would like to use certain automated optimizations (e.g., to opt-out of automatic expansion of your specific targeting criteria or to participate in optimized bidding). With your permission, LinkedIn also may manually assist you with your campaigns.

You are responsible for (i) all ads and content therefor submitted by or on your behalf through the Ad Services or otherwise to LinkedIn, including the creatives, , text, images, branding, URLs, tags, and pixels that comprise the ads and content thereof (collectively, your "Ads"), (ii) all ad trafficking or targeting decisions made by or on your behalf, (iii) all content and property to which Ads direct viewers, as well as redirects ("Destinations"), and (iv) all services and products advertised on Destinations ("Advertised Goods"). Except as expressly agreed by LinkedIn in writing, LinkedIn will determine the size, placement and positioning of your Ads. LinkedIn will serve your Ads as inventory becomes available on the Properties. Your Ads, Destinations, Advertised Goods and use of the Ad Services must comply with the Advertising Policies and all applicable laws, self-regulatory rules, industry rules and governmental requirements (collectively, "Applicable Law").

You are responsible for any activity conducted through your account, including any purchases made or charges incurred. If you identify that you are using the Ad Services on behalf of a business, you agree that LinkedIn may share information about your purchases and use of the Ad Services with that business, including its representatives and agents. If that business indicates that you are no longer authorized to place ads on its behalf (e.g., if you leave that business or change roles within that business), you agree you may be removed from accounts associated with that business.

Without limiting the prohibitions in the Advertising Policies or [User Agreement](User Agreement), you will not, and you will not enable or authorize any third party to (a) engage in illegal or fraudulent conduct (for example, to discriminate against protected classes), including by virtue of the Ads, Destinations, Advertised Goods or use of the Ad Services, (b) except as expressly authorized by LinkedIn in writing, use any automated means or form of scraping or data extraction to access, query or otherwise collect information from the Properties, (c) except as expressly authorized by LinkedIn in writing, copy, modify or create derivative works of the Ad Services or any related technology, (d) provide Ads that assert or imply personal characteristics, or (e) provide Ads that contain malware, spyware or any other malicious code or otherwise interfere with the operation of the Ad Services or any device or system or breach or circumvent any security measure of LinkedIn or a third party. LinkedIn may reject, remove or not deliver any Ad at any time for any reason, including to comply with Applicable Law (defined below).

LinkedIn may, in its sole discretion, modify, or terminate any part or all of the Ad Services or suspend your ability to use the Ad Services (including in instances where you do not meet LinkedIn's credit approval requirements). LinkedIn and its

affiliates retain the complete and unqualified right to serve advertisements for its own products and services and to participate in auctions through the Ad Services to serve such advertisements.

## 3. Fees, Payment and Cancellation.

**We will charge you periodically on the basis shown when your campaign was set up.**

You agree to pay on the basis and at the rate shown when a campaign, order or other purchase was submitted through your account ("Rate"), e.g., price per impression, click, other conversion, lead or period, whether with a fixed or automatically optimized bid, whether with daily budget, lifetime pacing, or other budget options. You also agree to pay all applicable taxes, government charges and foreign exchange fees. For these purposes, taxes include all federal, state, and local sales, use, gross receipts, VAT, GST, levies and similar transaction taxes. You will have no liability for income taxes that are statutorily imposed on LinkedIn including taxes or fees measured by LinkedIn's net or gross income.

LinkedIn will periodically charge your payment method at the applicable Rate. All amounts paid are non-refundable. You remain responsible for any uncollected amounts. LinkedIn may charge interest for any overdue amounts at the rate of the lesser of 1% per month or the lawful maximum, and you agree to reimburse us for all collection costs for overdue amounts. To the extent you have not spent your designated budget, you may limit or stop additional charges by editing the budget through your account or suspending or canceling the campaign. LinkedIn will endeavor to cease serving your Ads promptly following your suspension or cancellation, but you agree to pay and will be charged at the Rate for Ads delivered up until they cease to be displayed. LinkedIn may store and update (e.g. upon expiration) your payment method for use with subsequent campaigns, orders and purchases submitted through your account.

The amount you owe will be calculated based on LinkedIn's tracking mechanisms. LinkedIn is not responsible for click fraud, fraudulent leads, technological issues or other potentially invalid activity by third parties that may affect the cost of running Ads. Your exclusive remedy for suspected invalid activity is to make a claim for an Ad Services credit within 90 days of the date of that activity, and LinkedIn's exclusive liability is, in LinkedIn's sole discretion, to issue Ad Services credit for suspected invalid activity. Any Ad Services credit that you may accrue are non-refundable and non-transferable and must be used prior to termination of this Ads Agreement or your account.

## 4. Intellectual Property Rights and Privacy.

**You grant us a license to your ads to perform the Ad Services.**

**We may use feedback and testimonials you choose to provide.**

**LinkedIn's pricing, metrics, member demographics and beta features are confidential.**

**Each party will prominently post a complete and accurate privacy policy, including with respect to cross-device tracking and ad targeting.**

**You may not target Ads based on Sensitive Data.**

**You may use Ad Services Data only on an aggregate and anonymous basis to assess the performance and effectiveness of your campaigns and to optimize your campaigns. You must protect the confidentiality of Ad Services Data using industry standard security safeguards.**

You grant to LinkedIn a non-exclusive, worldwide, royalty-free, sublicensable and transferable license to use, copy, modify, distribute and publish your Ads in connection with the performance of the Ad Services (including for testing, compliance, marketing and promotional purposes). You represent and warrant that you own or have all necessary rights (including intellectual property rights) to your Ads (including to grant the license above).

If you choose to provide suggestions and feedback to LinkedIn, you agree that LinkedIn can (but does not have to) use and share such feedback for any purpose without compensation to you. You may not disclose any information about LinkedIn's pricing, metrics, member demographics or beta features. If you provide testimonials about our Ad Services or submit Ads to LinkedIn, we may post those testimonials and Ads in connection with our promotion of the Ad Services. LinkedIn reserves all of its intellectual property rights in the Ad Services as further described in the User Agreement.

Each party will comply with Applicable Law relating to its performance of this Ads Agreement, including privacy and security laws (e.g., the EU General Data Protection Regulation (GDPR) and the California Consumer Privacy Act (CCPA), as well as the Data Processing Agreement where and as applicable). As provided in LinkedIn's Privacy Policy, we may use device identifiers obtained on and off our Services for our Ad Services, including to determine which devices our members may use and to serve Ads to them on their different devices. Each party will prominently post a complete and accurate privacy policy on its websites and mobile applications, including with respect to cross-device tracking and ad targeting. LinkedIn's participation in advertising self-regulatory bodies is described here. LinkedIn may include a link to an enhanced notice and choice mechanism in or around your Ads (e.g., through an Advertising Option Icon). Without limiting the prohibitions in the Advertising Policies or User Agreement, you will not, and you will not enable or authorize any third party to, (a) except with the explicit opt-in consent of the applicable individual, associate any data obtained in connection with the Ad Services ("Ad Services Data") with data that is personally identifiable (as defined by Applicable Law) ("Personal Data") or otherwise re-identify such data, or (b) target Ads based on sensitive data (as defined by Applicable Law) ("Sensitive Data").

Except as expressly provided in the Terms for Lead Gen Forms with respect to Form Data, you may use Ad Services Data only on an aggregate and anonymous basis to assess the performance and effectiveness of your campaigns using the Ad Services and to optimize your campaigns. Ad Services Data includes Form Data and data collected through pixels included with your Ads. You agree to use reasonable measures to protect the confidentiality of Ad Services Data and to use appropriate security safeguards to protect Ad Services Data in accordance with industry standards. You may share Ad Services Data only with someone acting on your behalf, such as your service provider, provided that you are responsible for ensuring their respective compliance with this Ads Agreement and for limiting their

Case 5:20-cv-08324-SVK   Document 89-1   Filed 08/17/21   Page 6 of 10

respective use of the Ad Services Data on your behalf. Without limiting the foregoing, you shall not: (i) sell the Ad Services Data, (ii) combine the Ad Services Data with any data obtained by or on behalf of another advertiser or (iii) except for use solely on your own behalf in compliance with this Ads Agreement, transfer any Ad Services Data (including anonymous, aggregate, or derived data) to any ad network, ad exchange, data broker or other advertising or monetization related service.

## 5. Disclaimer of Warranties.

### This is our disclaimer of legal liability for the use of the Ad Services

To the extent allowed under law, in addition to disclaiming all implied warranties and other warranties as provided in the User Agreement, LinkedIn disclaims all warranties regarding the accuracy of the information on which targeting categories are based (e.g., member profile information or segments that you or third parties provide), the match rate or changes to such rate for Matched Audiences, the rate at which inventory for your Ads becomes available on the Properties, the nature and content of the Properties on which Ads are served, the match rate for block lists of Properties, the results of your campaigns and other uses of the Ad Services.

## 6. Indemnity.

### This is your indemnification obligation.

Notwithstanding any review or approval of any Ad by LinkedIn, you agree to indemnify LinkedIn and our affiliates and hold LinkedIn and our affiliates harmless from any damages, losses and costs (including, reasonable attorneys' fees) related to third party claims or proceedings, arising out of or related to your Ads, Destinations, Advertised Goods, use of the Ad Services and breach of this Ads Agreement

## 7. Limitation of Liability.

### These are the limits of legal liability each of us may have to the other.

To the fullest extent permitted by law, neither party, including its respective affiliated companies, will be liable to the other in connection with this Ads Agreement for lost profits or lost business opportunities, loss of data, or any indirect, incidental, consequential, special or punitive damages.

Neither party, including its respective affiliated companies, will be liable to the other in connection with this Ads Agreement for an amount that exceeds the greater of (a) 5 times the total fees paid or payable to LinkedIn during the 1-month period before the event giving rise to the liability or (b) USD $100.00.

These limitations of liability do not apply to a party's (i) payment, confidentiality or indemnification obligations; (ii) liability for fraud, gross negligence or intentional misconduct; (iii) liability for death or personal injury; or (iv) violation of the other party's intellectual property rights.

## 8. Data Processing Agreement.

If either party processes Personal Data (as defined in Section 1 of the DPA) on behalf of the other pursuant to this Ads Agreement, then we will each comply with the terms of the LinkedIn Data Processing Agreement, currently available [here](#).

## 9. Miscellaneous.

**Here are some important details about this Ads Agreement, including changes to the terms, surviving terms, the contracting LinkedIn entity and dispute resolution.**

The provisions of the User Agreement relating to feature-specific terms, interpretation, notice and assignability apply to this Ads Agreement and the Ad Services. Neither party relies on any undertaking, promise, assurance, statement, representation, warranty or understanding (whether in writing or not) of any person (whether a party to this Ads Agreement or not) relating to the subject matter of this Ads Agreement, other than as stated in this Ads Agreement. This Ads Agreement does not create a partnership, agency relationship, employer relationship or joint venture between the parties.

LinkedIn may change the terms of this Ads Agreement by notice to you (for example, by a notice displayed in the Ad Services, email, text message or mail), and both parties agree that changes cannot be retroactive. If you do not agree to these changes, you must stop using the Ad Services. The following provisions of this Ads Agreement survive its termination: Sections 2 through 4, as well as Sections 6 through 9.

The LinkedIn entity entering into this Ads Agreement with you is determined pursuant to the [Contracting Entity Terms](#). If an issue arises under this Ads Agreement (including non-contractual disputes or claims) and the contracting entity based on the Contracting Entity Terms is (a) LinkedIn Corporation, then this Ads Agreement is governed by the laws of the State of California, and any action or proceeding (including those arising from non-contractual disputes or claims) related to this Ads Agreement will be brought in a federal court in the Northern District of California; (b) LinkedIn Ireland Unlimited Company, then this Ads Agreement is governed by the laws of Ireland, and any action or proceeding (including those arising from non-contractual disputes or claims) related to this Ads Agreement will be brought in Dublin, Ireland; (c) LinkedIn Singapore, then this Ads Agreement is governed by the laws of Singapore, and any action or proceeding (including those arising from non-contractual disputes or claims) related to this Ads Agreement will be brought in Singapore, or (d) Beijing Lingyin Information Technology Co., Ltd, then this Ads Agreement is governed by the laws of the People's Republic of China, and any action or proceeding (including those arising from non-contractual disputes or claims) related to this Ads Agreement will be brought in China. Each party irrevocably submits to the jurisdiction and venue of the applicable courts. The prevailing party in any litigation may seek to recover its legal fees and costs. Notwithstanding the foregoing, if you have your registered office within the European Union, LinkedIn may agree to facilitate referral of a dispute to one of the following [mediation service providers](#) in the first instance where, due to the nature of the dispute, such referral is likely to bring about a prompt and definitive resolution.

## Additional Terms for Optional Features:

*If you have entered into a separate advertising agreement with LinkedIn with terms that cover subject matter also addressed in the Ads Agreement, those separate terms govern with respect to that subject matter but the Ads Agreement (including the Advertising Policies and the Terms for Optional Features) still governs with respect to any additional subject matter (e.g. conversion tracking, website demographics, analytics and matched audiences , as well as lead gen forms). Otherwise, the Ads Agreement (including the Advertising Policies and the Terms for Optional Features) govern with respect to all use of the Ad Services. LinkedIn may, in its sole discretion, modify, or terminate any part or all of the Optional Features or suspend your ability to use the Optional Features (including in instances where you do not meet LinkedIn's credit approval requirements).*

## Terms for Conversion Tracking, Website Demographics and LinkedIn Matched Audiences:

If you use conversion tracking, website demographics or LinkedIn Matched Audiences, you must give any notice, obtain any consent and provide any choice required by Applicable Law regarding any use of Event Data and Audience Data, and the underlying technology that enables it (e.g. cookies), for these activities. You are responsible for your use of Event Data and Audience Data.

If you transfer Personal Data to us, we must authorize the transfer and we will only process the data if you are the Data Controller.

You may not transfer data regarding children or Sensitive Data to LinkedIn.

Here are some important details about how LinkedIn will process your Event Data and Audience Data.

Through LinkedIn's conversion tracking and website demographics features, you can understand what happens after a LinkedIn user clicks on your Ad by using analytics methods and systems provided by LinkedIn (e.g., Insight tags, pixels and APIs) that allow you to send data to LinkedIn and its affiliates about actions that people take on your websites or mobile applications ("Event Data"). Through LinkedIn Matched Audiences and associated data integrations, you can target Ads to audiences based on data you provide to LinkedIn, whether directly or on your behalf through an authorized third party (e.g., company lists, hashed contact information, device identifiers, or Event Data like web pages visited on your website) (such data, collectively, "Audience Data"). These terms apply if you use LinkedIn's conversion tracking or website demographic features, LinkedIn Matched Audiences or otherwise send Audience Data to LinkedIn or its affiliates in connection with these features.

You agree that under Applicable Law, you have provided sufficiently clear, meaningful and prominent notice to, and have the appropriate consent from, the applicable individuals regarding any collection, disclosure, use and security of their information (e.g., Event Data and other Audience Data) for the activities under these terms (e.g., online behavioral advertising or interest-based advertising). To the extent you are engaged in retargeting, online behavioral advertising or interest-based advertising and without limiting the foregoing, you also agree that (i) you have provided users the ability to opt-out of the collection or use of their data for

such advertising (whether by following opt-out instructions on your websites and mobile applications or by accessing a direct link to an industry-standard opt-out website like www.networkadvertising.org/choices or www.aboutads.info/choices), (ii) you have provided enhanced notice of their ability to opt-out and of the use of their data for retargeting, online behavioral advertising or interest-based advertising, and (iii) you honor any such opt-outs. You are responsible for the accuracy and your use of Audience Data. You can learn more about how analytics methods provided by LinkedIn (e.g., Insight tags and pixels) [here](#).

Except as expressly authorized by LinkedIn in writing (including in Campaign Manager), you agree not to transfer to LinkedIn or its affiliates any Personal Data (whether Audience Data or otherwise). Insofar as the Personal Data of individuals located in the EU/EEA is disclosed to, or otherwise processed by LinkedIn, you agree that you are a Data Controller (as defined by Applicable Law). LinkedIn and its affiliates process such Personal Data only on your behalf and subject to your instructions, including specifically to improve the Ad Services by (i) optimizing relevance algorithms and (ii) finding LinkedIn members probabilistically across devices With respect to the Personal Data of European Union residents, all parties agree to comply with the applicable standard contractual clauses Without limiting the foregoing, you will not transfer to LinkedIn or its affiliates any data that you know or reasonably should know is from or about children under the age of 13 or that includes Sensitive Data.

LinkedIn and its affiliates may use your Audience Data to provide you insights (which do not identify individual members) about the population associated with that dataset, the targeting or performance of your Ads or to optimize your campaigns. If you use LinkedIn Matched Audiences, LinkedIn and its affiliates will use your Audience Data to allow you to target your Ads. LinkedIn may use your Event Data, whether during or after the term of the Ads Agreement, to optimize the systems of LinkedIn and its affiliates and find LinkedIn members probabilistically, provided that LinkedIn and its affiliates will: (x) prior to optimizing LinkedIn's systems, remove the direct association to personal identifiers from such Event Data to avoid identifying members or advertisers; (y) not allow other advertisers or third parties to target advertising on the basis of such Event Data; and (z) not create or enhance individual behavioral profiles based on Event Data. Except for the limited use cases of Event Data specified in this Agreement, LinkedIn does not use, sell or otherwise share with third parties any Event Data or other Audience Data. Audience Data (including Event Data) are subject to LinkedIn's [Privacy Policy](#), including LinkedIn's obligation to implement appropriate security safeguards designed to protect your information in accordance with industry standards.

## Terms for Lead Gen Forms:

If you use Lead Gen Forms, you must give any notice, obtain any consent and provide any choice required by Applicable Law regarding any use of Form Data for these activities.

You may not request Sensitive Data in a Lead Gen Form.

Form Data will be available for 90 days.

Other than for housing, credit or employment purposes, you may use Form Data for your own lawful purposes agreed to by the individual.

LinkedIn offers Ads that allow people to submit their contact and other information to you ("Lead Gen Forms"). These terms apply if you use Lead Gen Forms.

You are responsible for, and agree that under Applicable Law, you will, provide sufficient notice and choice for, and obtain the appropriate consent regarding, any collection, disclosure, use and security of data submitted to you through Lead Gen Forms ("Form Data"). Without limiting the foregoing, you must include a link to your privacy policy in each Lead Gen Form. Any custom questions in your Lead Gen Form may not include requests for Sensitive Data, including racial or ethnic origin, political opinions, religious or philosophical beliefs, trade union membership, health information, sexual orientation, criminal records, government-issued IDs, logins and passwords, financial information, and information regarding minors or students. LinkedIn has the right, at its discretion, to refuse any custom question. The Form Data generally will be available to you or an authorized third party through LinkedIn for 90 days, and you or such third party are responsible for promptly obtaining a copy of and storing Form Data on your behalf.

Subject to the privacy policy linked in the Lead Gen Forms, the privacy expectations of the applicable individual, Applicable Law and these terms, as well as the scope of any consents obtained through the Lead Gen Forms, you may: (a) use Form Data and (b) share Form Data only with someone acting on your behalf, such as your service provider, provided that you are responsible for ensuring their respective compliance with the Ads Agreement and for limiting their respective use of Form Data on your behalf. You may not: (i) sell Form Data under any circumstances or (ii) use Form Data in any unlawful manner (e.g. unlawful discrimination). If any individual requests to opt-out or have his or her Form Data deleted, you will honor such request promptly.

## Terms for Third Party Reporting:

At your choice, we may transfer your data to authorized third parties for analysis, reporting and attribution.

To the extent you participate in data analysis, reporting and attribution programs with authorized third parties, you grant LinkedIn the right to transfer your campaign and performance data to such third parties for purposes of providing campaign analytics, reporting, attribution other lawful purposes for which you have authorized such third parties, subject to the Ads Agreement.