# Exhibit C

You are receiving a transactional email message from LinkedIn because your account(s) may have been impacted by a measurement issue.

 ?Ashkan Rajaee 

Dear ?Ashkan,

Thank you for being a valued LinkedIn customer.

We are committed to transparency and the integrity of our ads products, and want to let you know about two measurement issues that our engineering team discovered in August and have subsequently fixed.

As a result of these issues, we may have over-reported some of your Sponsored Content metrics for impression and video views.

Your total impact was less than $100 across all of your accounts, but we would like to offer you a $50 or $100 credit per account corresponding to the level of impact.*

- If your account is billed by insertion order, please reach out to your LinkedIn account representative by February 15, 2021 for assistance getting your credit.
- If your account is billed by online invoice, your credit will be automatically reflected in either your December or January invoice.
- If your account is billed by credit card, please use the coupon codes above by February 15, 2021. Please make sure your billing information is up-to-date by logging into Campaign Manager and visiting your Billing Center.

Please contact us if you encounter any problems.

You can learn more by reading our blog post. We apologize for the inconvenience, and thank you for being a LinkedIn customer.

**Account ID:** ▇▇▇▇▇▇
**Account Name:** TopDevz Ad Account
**Coupon Code:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

*Credits will be given in your local currency and valid for one year from the date of receipt.*

Kind Regards,

LinkedIn Customer Support